IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                            :    Chapter 11
                                                 :
CARIBBEAN PETROLEUM CORP., et al.,[1]            :    Case No. 10-12553 (KG)
                                                 :
            Debtors.                             :    Joint Administration Requested
---------------------------------------------------------------x

### NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED PLEADINGS AND (II) FIRST-DAY HEARING THEREON

**DATE AND TIME OF HEARING:**   AUGUST 16, 2010 AT 12:00 P.M. (NOON) (EDT)[2]

**LOCATION: UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6th FLOOR, COURTROOM 3, WILMINGTON, DELAWARE 19801**

**PLEASE TAKE NOTICE** that on August 12, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, in addition to the filing of the voluntary petitions, the Debtors have filed the following first day motions and related pleadings (collectively, the "First Day Motions"):

---

[1] The Debtors in these chapter 11 cases (along with the last four digits of each Debtor's federal tax identification number) are: Caribbean Petroleum Corporation (7836), Caribbean Petroleum Refining, L.P. (1421), and Gulf Petroleum Refining (Puerto Rico) Corporation (1417). The service address for all Debtors is: PO Box 361988, San Juan, Puerto Rico 00936.

[2] Any party who wishes to appear telephonically at the August 16, 2010 hearing must contact COURTCALL, LLC at 866-582-6878 prior to **11:00 a.m. (Eastern Daylight Time) on Monday, August 16, 2010**, notwithstanding any contrary deadline set forth in the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

A.  **Declaration of Nicolás López Peña in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [Docket No. 3 - filed August 12, 2010]**

B.  **First Day Motions**

   1.  Motion of Debtors for Entry of an Order Directing Joint Administration of Chapter 11 Cases [Docket No. 2 - filed August 12, 2010]

   2.  Motion of Debtors for Entry of Interim and Final Order (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System, (B) Continue Intercompany Transfers, and (C) Maintain Existing Bank Accounts and Business Forms, (II) Extending Time to Comply With 11 U.S.C. § 345(b), and (III) Scheduling a Final Hearing [Docket No. 5 - filed August 12, 2010]

   3.  Motion of Debtors for Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Scheduling a Final Hearing [Docket No. 6 - filed August 12, 2010]

   4.  Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Certain Employee Compensation and Benefits and (B) Maintain and Continue Such Benefits and Other Employee-Related Programs, (II) Directing Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations and (III) Scheduling a Final Hearing [Docket No. 4 - filed August 12 2010]

   5.  Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Limited Priming Liens and Superpriority Claims to the Postpetition Lender, and (D) Provide Adequate Protection to the Prepetition Lender, (II) Scheduling a Final Hearing, and (III) Granting Related Relief [Docket No. 8 - filed August 12, 2010]

C.  **Other Motions[3]**

   6.  Motion of Debtors for Entry of an Order Extending Time Within Which to File Schedules and Statements [Docket No. 7 - filed August 12, 2010]

   7.  Motion of Debtors for Entry of (I) an Order (A) Approving Bidding Procedures in Connection With the Sale of Substantially All of the Debtors' Assets, (B) Authorizing Entry Into Stalking Horse Agreements and Approving Stalking Horse

---

[3] The Debtors have included reference to these plan-related documents for the convenience of the Bankruptcy Court and other parties-in-interest. These documents are **not** being considered by the Bankruptcy Court at the first-day hearing.

2

Protections, (C) Approving Procedures Related to the Assumption and Assignment of Executory Contracts and Unexpired Leases, (D) Scheduling Auction and Sale Approval Hearing, (E) Approving the Form and Manner of the Sale Notice, and (F) Granting Certain Related Relief, and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief [Docket No. 13 - filed August 9, 2010]

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") with respect to the First Day Motions is scheduled for **August 16, 2010 at 12:00 p.m. (noon) (Eastern Daylight Time)** at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801 before The Honorable Kevin Gross, United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that all objections, if any, to the First Day Motions may be made at the First Day Hearing.

Dated: August 13, 2010
Wilmington, Delaware

Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 498-7531

- and -

John J. Rapisardi
George A. Davis
Zachary H. Smith
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

Proposed Co-Attorneys for Debtors
and Debtors in Possession

3