# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
|                                    |   |                              |
|------------------------------------|---|------------------------------|
| In re                              | : | Chapter 11                   |
|                                    | : |                              |
| CARIBBEAN PETROLEUM CORP., et al.,[1] | : | Case No. 10-12553 (KG)    |
|                                    | : |                              |
| Debtors.                           | : | Joint Administration Pending |

------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Skadden, Arps, Slate, Meagher & Flom LLP, hereby enters its appearance as counsel to Banco Popular de Puerto Rico ("Banco Popular") pursuant to Bankruptcy Rules 2002, 9007 and 9010 and 11 U.S.C. § 1109(b), and demands that all notices, pleadings and other documents given or filed in these cases be given and served upon each of the following:

>Mark S. Chehi, Esq.
>Sarah Pierce, Esq.
>Skadden, Arps, Slate, Meagher
>  & Flom LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, Delaware 19899-0636
>(302) 651-3000 (telephone)
>(302) 651-3001 (facsimile)
>sarah.pierce@skadden.com

>-and-

---

[1] The Debtors in these chapter 11 cases (along with the last four digits of each Debtor's federal tax identification number) are: Caribbean Petroleum Corporation (7836), Caribbean Petroleum Refining, L.P. (1421), and Gulf Petroleum Refining (Puerto Rico) Corporation (1417). The service address for all Debtors is: PO Box 361988, San Juan, Puerto Rico 00936.

1

Peter J. Neckles
Alexandra Margolis
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

Dated: Wilmington, Delaware
August 13, 2010

/s/ Sarah E. Pierce
Mark S. Chehi (I.D. No. 2855)
Sarah E. Pierce (I.D. No. 4648)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 651-3000
sarah.pierce@skadden.com

-and-

Peter J. Neckles
Alexandra Margolis
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522
(212) 735-3000

Attorneys for Banco Popular de Puerto Rico

## CERTIFICATE OF SERVICE

I, Sarah E. Pierce, hereby certify that on August 13, 2010, I caused the foregoing **Notice of Appearance** to be served on the parties listed on Exhibit A, attached hereto, by overnight courier unless otherwise indicated thereon.

Dated: August 13, 2010
Wilmington, Delaware

                                           */s/ Sarah E. Pierce*
                                           Sarah E. Pierce (I.D. No. 4648)

**EXHIBIT A**

**Caribbean Petroleum Corp., et al.**

**2002 Service List**

**Debtors:**

Caribbean Petroleum Corporation
PO Box 361988
San Juan, Puerto Rico 00936

Caribbean Petroleum Refining, L.P.
PO Box 361988
San Juan, Puerto Rico 00936

Gulf Petroleum Refining (Puerto Rico) Corp.
PO Box 361988
San Juan, Puerto Rico 00936

**Counsel to Debtors:**

George Davis, Esq.
John Rapisardi, Esq.
Zachary Smith, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Mark D. Collins, Esq.
Jason Madron, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

**United States Trustee:**

Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE   19801
**(VIA HAND DELIVERY)**

David Klauder
Office of the United States Trustee
844 King Street
Suite 2313, Lockbox 35
Wilmington, DE 19801-3519
**(VIA HAND DELIVERY)**

AOT Limited (a/k/a Astra Oil)
301 Main Street
Suite 201
Huntington Beach, CA 92648
(Top Unsecured Creditor)

Secretario de Hacienda
P.O. Box 9024140
Oficina 400A
San Juan, PR 00902-4140
(Top Unsecured Creditor)

National Response Corp.
3500 Sunrise Highway
Suite 103
Great River, NY 11739
(Top Unsecured Creditor)

Credit Suisse AG
Attn: Mr. Christian Sutter
Eggbuhlstrasse 21-23
CH-8070 Zurich, Switzerland
(Top Unsecured Creditor)

Centro de Recaudacione de Ingresos Municipales (CRIM
P.O. Box 195387
San Juan, PR 00919-5387
(Top Unsecured Creditor)

William Morales Case
Attn: Lic. Pedro J. Saade Llorens
USDC 11807
Edificio Esquire, Suite 402
Calle Vela #2
San Juan, PR 00918-3622
(Top Unsecured Creditor)

United States Coast Guard (working with the U.S. Environmental Protection Agency)
U.S. Coast Guard
P.O. Box 70959
Charlotte, NC 28272-0959
(Top Unsecured Creditor)

Chief - Water Compliance Branch
Div. of Enforcement and Compliance
Assistance Region II
290 Broadway
New York, NY 10007
(Top Unsecured Creditor)

Chief - RCRA Compliance Branch
Div. of Enforcement and Compliance
Assistance Region II
290 Broadway
New York, NY 10007
(Top Unsecured Creditor)

Chief
Financial Management Branch Region II
290 Broadway
New York, NY 10007-1866
(Top Unsecured Creditor)

Office of Regional Counsel
Waste and Toxic Substances Branch
290 Broadway
New York, NY 10007
(Top Unsecured Creditor)

Chief
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044
(Top Unsecured Creditor)

U.S. EPA
Office of Regional Counsel
Centro Europa Building, Suite 207
1492 Ponce de Leon Ave, Stop 22
San Juan, PR 00907-4127
(Top Unsecured Creditor)

Gobierno Municipal de Bayamon
Attn: Oficina Director de Finanzas
P.O. Box 1588
Bayamon, PR 00960-1588
(Top Unsecured Creditor)

Jesús F. Trillas Case
Attn: Lic. José A. Hernández Mayoral
206 Tetuan
Suite 702
San Juan, PR 00902
(Top Unsecured Creditor)

Attn: Assoc. De Detallistas de Gasolina de Puerto Rico
P.O. Box 193652
San Juan, PR 00919-3652
(Top Unsecured Creditor)

Chevron Texaco
6001 Bollinger Canyon Road
San Ramon, CA 94583-2324
Landron & Vera, LLP
100 CARR 165
Suite 203
Guaynabo, PR 00968-8048
(Top Unsecured Creditor)

Chemical Cleaning Engineering Specialists Inc.
P.O. Box 457
Toa Baja, PR 00951-0457
(Top Unsecured Creditor)

Constructora Rodriguez Sevilla
BO. Hato Tejas Calle Volcan
Calle Volcan Arena #299
Bayamon, PR 00961
(Top Unsecured Creditor)

Caleb Brett USA, Inc.
P.O. Box 2790
Bayamon, PR 00960-2790
(Top Unsecured Creditor)

Industrial Hydrovac Services
P.O. Box 7583
Ponce, PR 00732
(Top Unsecured Creditor)

Las Americas Petroleum Service
P.O. Box 38027
San Juan, PR 00937-0027
(Top Unsecured Creditor)

Kevane, Soto, Pasarell, Grant & Thorton
33 Calle Bolivia
4th Floor
San Juan, PR 00917
(Top Unsecured Creditor)

El Dorado Tech Services
P.O. Box 361040
San Juan, PR 00936-1040
(Top Unsecured Creditor)

2

G4 Security Services, Inc.
P.O. Box 3952
Guaynabo, PR 00970-3952
(Top Unsecured Creditor)

Geva Engineering Group Corp.
Urb. Las Cumbres
497 Ave. E. Pol
Suite 651
San Juan, PR 00926
(Top Unsecured Creditor)

McConnell Valdes
P.O. Box 364225
San Juan, PR 00936-4225
(Top Unsecured Creditor)

Inversiones Caribe Delta
406 Dorado Beach East
Dorado, PR 00646

Test Environmental, Inc.
P.O. Box 270311
San Juan, PR 00927-0311
(Top Unsecured Creditor)

PDCM Associates, S.E.
P.O. Box 190858
San Juan, PR 00919-0858
(Top Unsecured Creditor)

Purvin & Gertz, Inc.
600 Travis Street
Suite 2150
Houston, TX 77002-2979
(Top Unsecured Creditor)

Camioneros Cooperativa de
Transporte
P.O. Box 13877
San Juan, PR 00908-3877
(Top Unsecured Creditor)

Miguel A. Berrios, Inc.
Urb. Flamingo Hills
106 Calle 4
Bayamón, PR 00957
(Top Unsecured Creditor)

Anderson, Mulholland & Associates
110 Corporate Park Drive
White Plains, NY 10604
(Top Unsecured Creditor)

U.S. Trustee Payment Center
P.O. Box 70937
Charlotte, NC 28272
(Top Unsecured Creditor)

Comite de Energia de Puerto Rico y
El Caribe Inc.
P.O. Box 361988
San Juan, PR 00936-1988
(Top Unsecured Creditor)

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201
(Government Agency)

Securities & Exchange Commission
233 Broadway
New York, NY 10279
(Government Agency)

Securities & Exchange Commission
15th & Pennsylvania Avenue, N.W.
Washington, D.C. 20020
(Government Agency)

Ellen W. Slights
U.S. Attorney's Office
1007 Orange Street, 7th Floor
P.O. Box 2046
Wilmington, DE 19899-2046
(Government Agency)
**(VIA HAND DELIVERY)**

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001
(Government Agency)

Pension Benefit Guaranty
Corporation
1200 K Street NW
Washington, DC 20005-4026
(Government Agency)

Banco Popular
Attn: Sr. Eliz Sepúlveda
Crédito Comercial (752)
P.O. Box 362708
San Juan, PR 00936-2708
(Secured Lender)

Banco Popular
P.O. Box 362780
San Juan, PR 00936-2708
(Secured Lender)

First Bank
Attn. Sr. Nelson González
P.O. Box 9146
San Juan, PR 00908-0146
(Secured Lender)

First Bank
1519 Ponce De Leon Ave
San Juan, PR 00908-0146
(Secured Lender)

Lexel Corporation
117 Gloucester Place
London W1U6JU United Kingdom
(Secured Lender)