**ORIGINAL**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| CARIBBEAN PETROLEUM CORP., | : | Case No. 10-12553 (KG) |
| Debtor. | : | **Re: Docket No. 2** |
| Tax I.D. No. 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 | : | |
---------------------------------------------------------------x
| In re | : | Chapter 11 |
| CARIBBEAN PETROLEUM REFINING, L.P., | : | Case No. 10-12554 (KG) |
| Debtor. | : | **Re: Docket No. 2** |
| Tax I.D. No. 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 | : | |
---------------------------------------------------------------x
| In re | : | Chapter 11 |
| GULF PETROLEUM REFINING (PUERTO RICO) CORP., | : | Case No. 10-12555 (KG) |
| Debtor. | : | **Re: Docket No. 2** |
| Tax I.D. No. 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 | : | |
---------------------------------------------------------------x

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion, dated August 12, 2010 (the "Motion"),[1] of Caribbean Petroleum Corporation ("CPC"), Caribbean Petroleum Refining, L.P. ("CPR"), and Gulf Petroleum Refining (Puerto Rico) Corporation ("GPC"), as debtors and debtors in possession (collectively, the "Debtors"), pursuant to Fed. R. Bankr. P. 1015(b) and Del. Bankr. L.R. 1015(b), for entry of

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

an order directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with Del. Bankr. L.R. 9013-1(m), as set forth in the Motion, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and upon the Declaration of Nicolás López Peña in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings filed with the Court on the Petition Date, the record of the Hearing, and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interest of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 10-12553 (KG); and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases; and it is further

ORDERED that the Clerk of this Court or the agent designated by the Court, if any, shall maintain a separate claims register for each case, and proofs of claim asserted against

any one Debtor shall be filed in the particular case of the Debtor against which such claim is asserted; and it is further

ORDERED that the caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| CARIBBEAN PETROLEUM CORP., et al., | Case No. 10-12553 (KG) |
| Debtors. | Jointly Administered |

---------------------------------------------------------------x

; and it is further

ORDERED that a docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Caribbean Petroleum Corporation; Caribbean Petroleum Refining, L.P.; and Gulf Petroleum Refining (Puerto Rico) Corporation. The docket in Case No. 10-12553 (KG) should be consulted for all matters affecting this case.

; and it is further

ORDERED that this Order shall be effective immediately upon its entry and the Clerk of this Court is hereby requested to enter this Order promptly on the docket in each of the Debtors' chapter 11 cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: August 16, 2010
       Wilmington, Delaware

*/s/ Kevin Gross*
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

RLF1 3599860v. 1