IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| CARIBBEAN PETROLEUM CORP., et al.,[1] | Case No. 10-12553 (KG) |
| Debtors. | Jointly Administered |
| | Hearing Date: September 8, 2010 at 12:30 p.m. |
| | Objection Deadline: September 1, 2010 at 4:00 p.m |

------------------------------------------------------------x  Docket No. 9

## NOTICE OF MOTION [DOCKET NO. 9] AND HEARING THEREON

PLEASE TAKE NOTICE that, on August 12, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the **Motion of Debtors for Entry of (I) an Order (A) Approving Bidding Procedures in Connection With the Sale of Substantially All of the Debtors' Assets, (B) Authorizing Entry Into Stalking Horse Agreements and Approving Stalking Horse Protections, (C) Approving Procedures Related to the Assumption and Assignment of Executory Contracts and Unexpired Leases, (D) Scheduling Auction and Sale Approval Hearing, (E) Approving the Form and Manner of the Sale Notice, and (F) Granting Certain Related Relief, and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief** [Docket No. 9] (the "Motion") with the United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases (along with the last four digits of each Debtor's federal tax identification number) are: Caribbean Petroleum Corporation (7836), Caribbean Petroleum Refining, L.P. (1421), and Gulf Petroleum Refining (Puerto Rico) Corporation (1417). The service address for all Debtors is: PO Box 361988, San Juan, Puerto Rico 00936.

for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Motion, the Debtors are seeking entry of an order (the "Bidding Procedures Order") (i) approving procedures (the "Bidding Procedures") for (a) submitting bids for the purchase of all or substantially all of the Debtors' assets (the "Assets"), and (b) conducting an auction for the Assets (the "Auction"), in the event that the Debtors receive two or more Qualified Bids (as defined in the Bidding Procedures) for the Assets; (ii) authorizing, but not requiring, the Debtors to (a) enter into a "stalking horse" agreement, on or before November 10, 2010, with one or more bidders (the "Stalking Horse Bidder(s)") for the purpose of establishing a minimum acceptable bid for the Assets (the "Stalking Horse Bid"), (b) provide any Stalking Horse Bidder(s) with a break-up fee of up to two percent (2%) of the guaranteed cash purchase price proposed in the Stalking Horse Bid, and (c) reimburse any Stalking Horse Bidder(s) for all reasonable and actual costs and expenses up to an amount equal to $300,000 incurred by such Stalking Horse Bidder(s) in connection with its bid; (iii) approving procedures for the assumption and assignment of certain executory contracts and unexpired leases in connection with the sale of the Assets and resolution of any objections thereto; (iv) scheduling (a) a deadline to submit bids for the Assets of December 10, 2010 (the "Bid Deadline"), (b) the date of the Auction for December 13, 2010, (c) the date of the hearing to consider approval of the proposed sale of the Assets (the "Sale Approval Hearing") for January 10, 2011, and (d) a deadline to consummate the sale of the Assets of February 8, 2011; (v) approving the form and manner of notice of the Bid Deadline, the Auction and the Sale Approval Hearing; and (vi) granting certain related relief.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the **Bidding Procedures** or entry of the **Bidding Procedures Order** must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned proposed co-attorneys for the Debtors on or before **September 1, 2010 at 4:00 p.m. (Eastern Daylight Time)**. <u>**The deadline to file objections to the sale of the Assets itself has not yet been set. You will receive separate notice of this deadline when it is set by the Bankruptcy Court and will have a further opportunity to file an objection to the sale of the Assets**</u>.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Bidding Procedures and related relief requested in the Motion (including entry of the Bidding Procedures Order) and any objections thereto will be held before The Honorable Kevin Gross at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801 on **September 8, 2010 at 12:30 p.m. (Eastern Daylight Time)**.

**IF NO OBJECTIONS TO ENTRY OF THE BIDDING PROCEDURES ORDER ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY ENTER THE BIDDING PROCEDURES ORDER WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 18, 2010
       Wilmington, Delaware

/s/ Mark D. Collins
Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

John J. Rapisardi
George A. Davis
Zachary H. Smith
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

Proposed Co-Attorneys for Debtors
and Debtors in Possession