UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Caribbean Petroleum Corp., *et al.* | : | Case No. 10-12553 (KG) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

--------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **PDCM Associates, S.E.**, c/o Israel Koppel, PO Box 190858, San Juan, PR 00919, Phone: 787-641-8200, Fax: 787-641-8299

2. **Jesus Trilla Case**, c/o Jose Hernandez Mayoral, 206 Tetuan, Ste. 702, San Juan, PR 00901, Phone: 787-722-7782, Fax: 787-722-7786

3. **Anderson Mulholland & Associates, Inc.**, Attn: Ellen Ivens, 110 Corporate Park Dr., Ste. 202, White Plains, NY 10604, Phone: 914-251-0400 x 4311, Fax: 914-251-1286

4. **Landron & Vera, LLP**, Attn: Eduardo Vara, Torre I, Ste. 203-204, Guaynabo, PR 00968, Phone: 787-774-5959, Fax: 787-774-8181

5. **National Response Corp.**, Attn: Christopher J. Ward, 3500 Sunrise Highway, Ste. 103, Great River, NY 11935, Phone: 631-224-9141 x 120, Fax: 631-224-9082


ROBERTA A. DEANGELIS
United States Trustee, Region 3

  /s/ David M. Klauder for
JOSEPH SISCA
ASSISTANT UNITED STATES TRUSTEE

DATED: August 27, 2010

Attorney assigned to this Case: David M. Klauder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Jason M. Madron, Esquire, Phone: (302) 651-7595, Fax: (302) 651-7701