# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re                                                       :   Chapter 11
                                                            :
                                                            :   Case No. 10-12553 (KG)
CARIBBEAN PETROLEUM CORP., *et al.*,[1]                     :
                                                            :   (Jointly Administered)
                    Debtors.                                :
------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for the Official Committee of Unsecured Creditors (the "Committee") appointed on August 27, 2010 in the above captioned cases. Under Chapter 11 of the Bankruptcy Code and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010, and 11 U.S.C. § 1109(b), the Committee requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, order, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in these cases, be transmitted to:

| MORRISON FOERSTER LLP | PEPPER HAMILTON LLP |
|---|---|
| Lorenzo Marinuzzi, Esq. | David B. Stratton (DE No. 960) |
| Larren M. Nashelsky, Esq. | Evelyn J. Meltzer (DE No. 4581) |
| Todd M. Goren, Esq. | Michael J. Custer (DE No. 4843) |
| 1290 Avenue of the Americas | Hercules Plaza, Suite 5100 |
| New York, New York 10104-0050 | 1313 N. Market Street |
| Telephone: (212) 468-8000 | P.O. Box 1709 |
| Facsimile: (212) 468-7900 | Wilmington, Delaware 19801-1709 |
| E-Mail: lmarinuzzi@mofo.com | Telephone: (302) 777-6500 |
|     lnashelsky@mofo.com | Facsimile: (302) 421-8390 |
|     tgoren@mofo.com | E-Mail: strattond@pepperlaw.com |
|  |     meltzere@pepperlaw.com |
|  |     custerm@pepperlaw.com |

---

[1] The Debtors in these chapter 11 cases (along with the last four digits of each Debtor's federal tax identification number) are: Caribbean Petroleum Corporation (7836), Caribbean Petroleum Refining, L.P. (1421), and Gulf Petroleum Refining (Puerto Rico) Corporation (1417). The service address for all Debtors is P.O. Box 361988, San Juan, Puerto Rico, 00936.

#13106337 v1

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of the Committee or any other party in interest in these cases, including (a) the above captioned Debtors and Debtors-in-Possession (the "Debtors"), (b) property of the Debtors or the Debtors' estates, or proceeds thereof, (c) claims against or interests in the Debtors, (d) other rights or interests of creditors of the Debtors or other parties in interest in these cases, or (e) property or proceeds thereof in the possession, custody, or control of the Committee or others that the Debtors may seek to use; or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by the Committee or any other party in interest.

PLEASE TAKE FURTHER NOTICE that, in accordance with Federal Rule of Bankruptcy Procedure 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these cases.

PLEASE TAKE FURTHER NOTICE that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Committee to have final orders in non-core matters entered only after de novo review by a District Court judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all

of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date: August 30, 2010
Wilmington, Delaware

Respectfully submitted,

By: _/s/ Evelyn J. Meltzer_____
David B. Stratton (DE No. 960)
Evelyn J. Meltzer (DE No. 4581)
Michael J. Custer (DE No. 4843)
**PEPPER HAMILTON LLP**
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19801-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
strattond@pepperlaw.com
meltzere@pepperlaw.com
custerm@pepperlaw.com

-and-

Lorenzo Marinuzzi, Esq.
Larren M. Nashelsky, Esq.
Todd M. Goren, Esq.
**MORRISON FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104-0050
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
lmarinuzzi@mofo.com
lnashelsky@mofo.com
tgoren@mofo.com

*Proposed Co-Counsel to the*
*Official Committee of Unsecured Creditors*