# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                  : Chapter 11
                                       :
CARIBBEAN PETROLEUM CORP., et al.,[4]  : Case No. 10-12553 (KG)
                                       :
                    Debtors.           : Jointly Administered
---------------------------------------------------------------x

## ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF McCONNELL VALDÉS LLC AS SPECIAL COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE

Upon the application, dated September 13, 2010 (the "Application"),[5] of Caribbean Petroleum Corporation, Caribbean Petroleum Refining L.P., and Gulf Petroleum Refining (Puerto Rico) Corporation, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), pursuant to sections 327(e) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), Fed. R. Bankr. P. 2014(a), and Del. Bankr. L.R. 2014-1, for entry of an order authorizing and approving the retention and employment of McConnell Valdés LLC ("McConnell Valdés") as special counsel to the Debtors, nunc pro tunc to the Petition Date, all as more fully set forth in the Application; and upon the affidavit of Silvestre M. Miranda, in support of the Application, attached to the Application as Exhibit B (the "Miranda Affidavit"); and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the

---

[4] The Debtors in these chapter 11 cases (along with the last four digits of each Debtor's federal tax identification number) are: Caribbean Petroleum Corporation (7836), Caribbean Petroleum Refining L.P. (1421), and Gulf Petroleum Refining (Puerto Rico) Corporation (1417). The service address for all Debtors is: PO Box 361988, San Juan, Puerto Rico 00936.

[5] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided to (i) the U.S. Trustee, (ii) the holders of the thirty largest unsecured claims against the Debtors on a consolidated basis, (iii) each of the Debtors' prepetition secured lenders, (iv) counsel to Banco Popular, (v) proposed counsel to the Creditors' Committee, (vi) the Securities and Exchange Commission, (vii) the Internal Revenue Service, (viii) the United States Department of Justice, (ix) the United States Environmental Protection Agency, (x) McConnell Valdés, and (xi) all parties having filed requests for notices in these chapter 11 cases, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Application (the "Hearing"); and upon the Miranda Affidavit, the record of the Hearing, and all of the proceedings had before the Court; and the Court having found and determined that McConnell Valdés holds no interest adverse to the Debtors or their estates, that its employment is necessary and in the best interests of the Debtors, their estates and creditors, and all other parties in interest, that the retention of McConnell Valdés does not rise to the level of conducting the chapter 11 cases, and that the terms of McConnell Valdés' engagement set forth in the Application and the Miranda Affidavit are reasonable pursuant to section 328(a) of the Bankruptcy Code, and that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

RLF1 3608248v. 1

ORDERED that the Application is granted to the extent provided herein; and it is further

ORDERED that, pursuant to sections 327(e) and 328(a) of the Bankruptcy Code, Fed. R. Bankr. P. 2014, and Del. Bankr. L.R. 2014-1, the Debtors are authorized to retain and employ McConnell Valdés as their special counsel, nunc pro tunc to the Petition Date, in accordance with McConnell Valdés' customary hourly rates and reimbursement policies in effect when services are rendered; and it is further

ORDERED that McConnell Valdés shall apply for compensation and reimbursement of expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the applicable Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the guidelines established by the U.S. Trustee, and any applicable orders of this Court, including the Interim Compensation Order; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: October ____, 2010
Wilmington, Delaware

> THE HONORABLE KEVIN GROSS
> UNITED STATES BANKRUPTCY JUDGE

RLF1 3608248v. 1