# E<span style="font-variant:small-caps">xhibit</span> A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CARIBBEAN PETROLEUM CORP., *et al.*,[3]<br><br>Debtors. | ) Chapter 11<br>)<br>) 10-12553 (KG)<br>)<br>) Jointly Administered<br>) |

ORDER APPROVING THE APPLICATION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF CARIBBEAN PETROLEUM CORP., *ET AL.*, FOR
ENTRY OF AN ORDER AUTHORIZING THE COMMITTEE TO RETAIN AND
EMPLOY MORRISON & FOERSTER LLP AS ITS COUNSEL PURSUANT TO
SECTIONS 328(a) AND 1103(a) OF THE BANKRUPTCY CODE
AND FED. R. BANKR. P. 2014 EFFECTIVE AS OF AUGUST 26, 2010

UPON THE APPLICATION of the Official Committee of Unsecured Creditors (the "Committee") of Caribbean Petroleum Corp., *et al.* (the "Debtors") pursuant to Fed. R. Bankr. P. 2014(a) for an Order under sections 328(a) and 1103(a) of Title 11 of the United States Code (the "Bankruptcy Code") authorizing the employment and retention of Morrison & Foerster LLP ("Morrison & Foerster") as counsel to the Committee effective as of August 26, 2010 (the "Application"); and upon the affidavit of Lorenzo Marinuzzi in support of the Application; and this Court possessing jurisdiction to consider the Application; and venue being proper; and upon the Court finding that Morrison & Foerster represents no adverse interests in connection with these cases and that it is a disinterested person as that term is defined in Bankruptcy Code section 101(14) and as used in Bankruptcy Code section 328(c); and upon further finding that the employment of Morrison & Foerster effective as of August 26, 2010 is necessary and is in the

---

[3] The Debtors in these chapter 11 cases (along with the last four digits of each Debtor's federal tax identification number) are: Caribbean Petroleum Corporation (7836), Caribbean Petroleum Refining L.P. (1421), and Gulf Petroleum Refining (Puerto Rico) Corporation (1417). The service address for all Debtors is: PO Box 361988, San Juan, Puerto Rico 00936.

ny-939686

best interests of the Committee; and notice of the Application having been proper; and the relief requested in the Application being warranted, IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. In accordance with Bankruptcy Code sections 328(a) and 1103(a), the Committee is hereby authorized to employ Morrison & Foerster effective as of August 26, 2010.

3. Morrison & Foerster shall be compensated in accordance with the Application, the procedures set forth in Bankruptcy Code sections 330 and 331, the Bankruptcy Rules as may be applicable from time to time, and such procedures as may be fixed by the Court.

4. This Court shall retain jurisdiction over all matters pertaining to this Order and the Application.

Dated: _____, 2010  
Wilmington, DE

_____  
THE HON. KEVIN GROSS  
UNITED STATES BANKRUPTCY JUDGE