**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CARIBBEAN PETROLEUM CORP., *et al.*,[1] | Case No. 10-12553 (KG) |
| Debtors. | Jointly Administered |
| | Objection Deadline: 10/6/10 at 4:00 p.m.<br>Hearing Date: 10/13/10 at 3:30 p.m. |

**APPLICATION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 328(A) AND 1103
AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF
PEPPER HAMILTON LLP AS DELAWARE COUNSEL TO THE OFFICIAL
<u>COMMITTEE OF UNSECURED CREDITORS</u>**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the Chapter 11 cases of the above-captioned debtors and debtors-in-possession herein (the "Debtors"), submits this application (the "Application") for an Order pursuant to 11 U.S.C. §§ 328(a) and 1103 and Federal Rules of Bankruptcy Procedure 2014(a) and 2016 authorizing the Committee to retain Pepper Hamilton LLP ("Pepper Hamilton") as its Delaware counsel in the Debtors' Chapter 11 cases, *nunc pro tunc* to August 27, 2010, and in support of this Application, respectfully states as follows:

**JURISDICTION AND VENUE**

1. The Court has jurisdiction over these matters pursuant to 28 U.S.C. §§ 157 and 1334. These are core proceedings pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Caribbean Petroleum Corporation (7836), Caribbean Petroleum Refining, L.P. (1421), and Gulf Petroleum Refining (Puerto Rico) Corporation (1417). The service address for all debtors is" PO Box 361988, Puerto Rico 00936.

#13125410 v2

## BACKGROUND

2. On August 12, 2010 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 et. seq. as amended, the "Bankruptcy Code").

3. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors continue to operate their businesses and manage their properties as debtors-in-possession.

4. On August 27, 2010, the Office of the United States Trustee appointed the Committee pursuant to 11 U.S.C. § 1102. Pursuant to section 1103(a) of the Bankruptcy Code, the Committee has selected Morrison & Foerster LLP ("Morrison Foerster") to serve as its lead counsel and Pepper Hamilton to serve as its Delaware counsel.

## THE COMMITTEE'S NEED TO RETAIN PEPPER HAMILTON

5. The Committee respectfully submits that it will be necessary to employ and retain Pepper Hamilton as its Delaware counsel to provide, among other things, the following assistance in coordination with the Committee's lead counsel:

    a. Assist Morrison Foerster as requested in representing the Committee;

    b. Advise the Committee with respect to its rights, duties and powers in these cases;

    c. Assist and advise the Committee in its consultations with the Debtors relating to the administration of these case;

    d. Assist the Committee in analyzing the claims of the Debtors' creditors and the Debtors' capital structure and in negotiating with the holders of claims and, if appropriate, equity interests;

e. Assist the Committee's investigation of the acts, conduct, assets, liabilities and financial condition of the Debtors and other parties involved with the Debtors, and of the operation of the Debtors' businesses;

f. Assist the Committee in its analysis of, and negotiations with the Debtors or any other third party concerning matters related to, among other things, the assumption or rejection of certain leases of non-residential real property and executory contracts, asset dispositions, financing transactions and the terms of a plan of reorganization or liquidation for the Debtors;

g. Assist and advise the Committee as to its communications, if any, to the general creditor body regarding significant matters in these cases;

h. Represent the Committee at all hearings and other proceedings;

i. Review, analyze, and advise the Committee with respect to applications, orders, statements of operations and schedules filed with the Court;

j. Assist the Committee in preparing pleadings and applications as may be necessary in furtherance of the Committee's interests and objectives; and

k. Perform such other services as may be required and are deemed to be in the interests of the Committee in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code.

6. Pepper Hamilton intends to work closely with Morrison Foerster to ensure that there is no unnecessary duplication of services performed or charged to the Debtors' estates.

7. Pepper Hamilton has advised the Committee that its professionals have considerable experience in the bankruptcy and commercial law areas and are particularly well-qualified to represent the Committee in these proceedings. David B. Stratton, a partner at Pepper

Hamilton, and Evelyn J. Meltzer and Michael J. Custer, associates with the firm, are presently expected to do the primary work on this case.

8. The Committee requests that all legal fees and related costs and expenses incurred by the Committee on account of services rendered by Pepper Hamilton in this case be paid as administrative expenses of the estate. Subject to the Court's approval, Pepper Hamilton will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date such services are rendered. The current hourly rates charged by Pepper Hamilton for professionals and paraprofessionals employed in its offices are provided below:

| Billing Category | Range |
| --- | --- |
| Partners, Special Counsel and Counsel | $345 to $825 |
| Associates | $230 to $465 |
| Paraprofessionals | $80 to $275 |

The Committee understands that these hourly rates are subject to periodic adjustments (typically on January 1 of each year) to reflect economic and other conditions. Pepper Hamilton will maintain detailed records of actual and necessary costs and expenses incurred in connection with the aforementioned legal services.

9. The names, positions and current hourly rates of professionals employed by Pepper Hamilton presently expected to have primary responsibility for providing services to the Committee are set forth in the Affidavit of David B. Stratton in Support of the Application (the "Stratton Affidavit") filed concurrently herewith. In addition, from time to time, it may be necessary for other professionals employed by Pepper Hamilton to provide services to the Committee.

#13125410 v2

10.     Upon information and belief, and except to the extent set forth in the Stratton Affidavit, Pepper Hamilton does not represent and does not hold any interest adverse to the Debtors' estates or their creditors in the matters upon which Pepper Hamilton is to be engaged.  However, Pepper Hamilton is a large firm with a national practice and may represent or may have represented certain of the Debtors' creditors, equity holders, affiliates or other parties in interest in matters unrelated to this case as set forth in the Stratton Affidavit.

11.     Because of the extensive legal services that may be necessary in this case, and the fact that the full nature and extent of such services are not known at this time, the Committee believes that the employment of Pepper Hamilton to serve as Delaware counsel to the Committee is appropriate and in the best interests of the unsecured creditor body that the Committee represents.

12.     The Committee has requested that Pepper Hamilton immediately commence work on this case because of pending motions scheduled for hearings and other pending matters in which the Committee has an interest.  Accordingly, the Committee seeks this Court's approval of its retention of Pepper Hamilton *nunc pro tunc* to August 27, 2010, the first date on which Pepper Hamilton performed services for the Committee.

13.     No previous application for the relief herein has been made to this or to any other court.

**WHEREFORE**, the Committee requests than an Order be entered authorizing it to retain Pepper Hamilton to represent it in these proceedings, *nunc pro tunc* to August 27, 2010, and providing the Committee such other and further relief as the Court may deem just and proper.

Dated: September 20, 2010

Respectfully submitted,

Official Committee of Unsecured
Creditors of Caribbean Petroleum,
Corp., *et al.*

By: _____
Steven Candito
President, National Response Corp.
Co-Chairperson of the Committee