IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
|  | : | Chapter 11 |
|---|---|---|
| In re | : |  |
|  | : | Case No. 10-12553 (KG) |
| CARIBBEAN PETROLEUM CORP., *et al.,*[1] | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : | **Objection Deadline:  10/15/10 at 4:00 p.m. (ET)** |
|  | : | **Hearing Date:  10/27/10 at 3:00 p.m. (ET)** |

---------------------------------------------------------------x

**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF CARIBBEAN PETROLEUM CORP., *ET AL.*, PURSUANT
TO SECTIONS 327(A), 328(A), AND 1103 OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULES 2014 AND 2016 FOR ENTRY OF AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF JEFFERIES & COMPANY, INC. AS ITS
<u>FINANCIAL ADVISORS EFFECTIVE AS OF AUGUST 26, 2010</u>**

PLEASE TAKE NOTICE that on September 28, 2010, the Official Committee of Unsecured Creditors filed the *Application of the Official Committee of Unsecured Creditors of Caribbean Petroleum Corp., et al., Pursuant to Sections 327(a), 328(a), and 1103 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016 for Entry of an Order Authorizing the Retention and Employment of Jefferies & Company, Inc. as its Financial Advisors Effective as of August 26, 2010* (the "<u>Application</u>").

PLEASE TAKE FURTHER NOTICE that all objections and other responses (collectively, "Objections") to the Application must be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, **on or before October 15, 2010 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") and (ii) served so as to be actually received no later than the Objection Deadline by:  (i) Morrison & Foerster LLP**,** 1290 Avenue of the Americas, New York, New York  10104-0050, Attn:  Lorenzo Marinuzzi, Larren M. Nashelsky and Todd M. Goren and (ii) Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313

---

[1] The Debtors in these chapter 11 cases (along with the last four digits of each Debtor's federal tax identification number ) are:  Caribbean Petroleum Corporation (7836), Caribbean Petroleum Refining, L.P. (1421), and Gulf Petroleum Refining (Puerto Rico) Corporation (1417).  The service address for all Debtors is P.O. Box 361988, San Juan, Puerto Rico, 00936.

N. Market Street, P.O. Box 1709, Wilmington, Delaware 19801-1709, Attn: David B. Stratton, Evelyn J. Meltzer, and Michael J. Custer.

PLEASE TAKE FURTHER NOTICE that a Hearing to consider the Application will be held before the Honorable Kevin Gross, United States Bankruptcy Judge, in the Bankruptcy Court, 6th Floor, Courtroom #3, 824 Market Street, Wilmington, Delaware 19801 **on October 27, 2010 at 3:00 p.m. (Eastern Prevailing Time).**

IF YOU FAIL TO RESPOND TO THE APPLICATION IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.

Date: September 28, 2010
Wilmington, Delaware

Respectfully submitted,

/s/ Evelyn J. Meltzer
David B. Stratton (DE No. 960)
Evelyn J. Meltzer (DE No. 4581)
Michael J. Custer (DE No. 4843)
**PEPPER HAMILTON LLP**
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19801-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
strattond@pepperlaw.com
meltzere@pepperlaw.com
custerm@pepperlaw.com

-and-

Lorenzo Marinuzzi, Esq.
Larren M. Nashelsky, Esq.
Todd M. Goren, Esq.
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104-0050
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
lmarinuzzi@mofo.com
lnashelsky@mofo.com
tgoren@mofo.com

*Proposed Co-Counsel to the
Official Committee of Unsecured Creditors*