# CERTIFICATE OF SERVICE

I, Evelyn J. Meltzer, hereby certify that on the 28th day of September, 2010, I did serve the foregoing **Application of the Official Committee of Unsecured Creditors of Caribbean Petroleum Corp., et al., Pursuant to Sections 327(a), 328(a), and 1103 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016 for Entry of an Order Authorizing the Retention and Employment of Jefferies & Company, Inc. as its Financial Advisors Effective as of August 26, 2010** by causing a true and correct copy to be served upon the parties on the attached service list via U.S. First Class mail, postage prepaid.

/s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)

#13230339 v1

**SERVICE LIST**

| | |
|---|---|
| Anderson Mulholland & Associates<br>110 Corporate Park Dr Ste 202<br>White Plains, NY  10604<br>Attn:  Ellen Ivens | Banco Popular<br>Credito Comercial 752<br>PO Box 362708<br>San Juan, PR  00936-2708<br>Attn: Sr. Eliz Sepulveda |
| Banco Popular<br>PO Box 362780<br>San Juan, PR  00936-2708 | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281<br>Attn:  John J. Rapisardi, Esq.<br>Attn:  George A. Davis, Esq.,<br>Attn:  Zachary H. Smith, Esq. |
| Carroll Warren & Parker<br>PO Box 1005<br>Jackson, MS  39215<br>Attn: R. Douglas Morgan | First Bank<br>PO Box 9146<br>San Juan, PR  00908-0146<br>Attn: Sr. Nelson González |
| First Bank<br>1519 Ponce De Leon Ave<br>San Juan, PR  00908-0146 | Greenberg Traurig<br>The Nemours Building<br>1007 N Orange Street, Suite 1200<br>Wilmington, DE  19801<br>Attn:  Scott D. Cousins, Esq.<br>Attn:  Matthew L. Hinker, Esq. |
| Internal Revenue Service<br>Attn: Insolvency Section<br>31 Hopkins Plaza, Room 1150<br>Baltimore, MD  21201 | Jesus F Trillas Case<br>206 Tetuan Ste 702<br>San Juan, PR  901<br>Attn: Jose Hernandez Mayoral |

| | |
|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Ave<br>New York, NY  10022<br>Attn: Leonard Klingbaum, Esq.<br>Attn: Joshua Sussberg, Esq. | Landis Rath & Cobb LLP<br>919 Market Street Suite 1800<br>Wilmington, DE  19801<br>Attn: Adam G. Landis, Esq.<br>Attn: William E. Chipman Jr., Esq. |
| Landron & Vera LLP<br>Torre I Ste 203-204<br>Guaynabo, PR  00968-8048<br>Attn: Eduardo Vara | Latimer Biaggi Rachid & Godreau LLP<br>FirstBank Bldg Stop 23 Ste 1205<br>1519 Ponce de Leon Ave<br>Santurce, PR  00909<br>Attn: F. David Godreau Zayas<br>Attn: Rafael Gonzalez Valiente |
| Lexel Corporation<br>117 Gloucester Place<br>London,   W1U6JU | Mitchell McNutt and Sams<br>1216 Van Buren<br>Oxford, MS  38655<br>Attn: D. Andrew Phillips<br>Attn: Rosamond Hawkins Posey |
| Murphy & Landon<br>1011 Centre Rd Ste 210<br>Wilmington, DE  19805<br>Attn: Francis J. Murphy | National Response Corp<br>3500 Sunrise Highway Ste 103<br>Great River, NY  11935<br>Attn: Christopher J. Ward |
| Office of the United States Trustee<br>844 King St<br>Suite 2313 Lockbox #35<br>Wilmington, DE  19801-3519<br>Attn: David M. Klauder, Esq. | PDCM Associates SE<br>Attn: Israel Koppel<br>PO Box 190858<br>San Juan, PR  00919-0858<br>Attn: Israel Koppel |

| | |
|---|---|
| Pension Benefit Guaranty Corp<br>Office of the Chief Counsel<br>1200 K St NW<br>Washington, DC  20005-4026<br>Attn: C. Wayne Owen | Pension Benefit Guaranty Corporation<br>1200 K St NW<br>Washington, DC  20005-4026 |
| Richards, Layton & Finger, LLP<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899<br>Attn: Mark D. Collins, Esq.<br>Attn:  Jason M. Madron, Esq. | Saul Ewing LLP<br>222 Delaware Ave Suite 1200<br>PO Box 1266<br>Wilmington, DE  19899<br>Attn: Mark Minuti, Esq.<br>Attn: Lucian B. Murley, Esq. |
| Securities & Exchange Commission<br>15th & Pennsylvania Ave NW<br>Washington, DC  20020 | Securities & Exchange Commission<br>233 Broadway<br>New York, NY  10279 |
| Skadden Arps Slate Meagher & Flom LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, DE  19899<br>Attn: Mark Chehi, Esq.<br>Attn: Sarah E. Pierce, Esq. | Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036-6522<br>Attn: Peter J Neckles, Esq.<br>Attn: Alexandra Margolis, Esq. |
| Stutman Treister & Glatt<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA  90067<br>Attn: Jeffrey C. Krause<br>Attn:  Margreta M. Morgulas | US Attorney's Office<br>1007 Orange Street 7th Floor<br>PO Box 2046<br>Wilmington, DE  19899-2046<br>Attn: Ellen W. Slights, Esq. |

US Department of Justice
Attn: U.S. Attorney General
950 Pennsylvania Ave NW
Washington, DC  20530-0001

Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg 17th Floor, 1000 West St
PO Box 391
Wilmington, DE  19899-0391
Attn: Michael R. Nestor, Esq.

Aldarondo & López Bras
ALB Plaza
#16 Carr. 199, Suite 400
Guaynabo, PR  00969
Attn: Iván M. Castro Ortiz