**Caribbean Petroleum Corp., et al.**
**Statement of Limitations, Methodology and Disclaimer**
**Regarding the Debtors' Schedules of Assets and Statements of Financial Affairs**

The Schedules of Assets (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by Caribbean Petroleum Corporation, Caribbean Petroleum Refining L.P., and Gulf Petroleum Refining (Puerto Rico) Corporation (collectively, the "Debtors") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") have been prepared pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtors with the assistance of their court-appointed advisors and are unaudited. Although management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may exist. Because the Schedules and Statements contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases (the "Chapter 11 Cases"), including, but not limited to, issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. This Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules and Statements (the "Statement of Limitations") is incorporated by reference in, and comprises an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

Agreements Subject to Confidentiality. There may be instances within the Schedules and Statements where certain information has intentionally been revised and/or redacted due to concerns about the confidential or commercially sensitive nature of certain information or concerns for the privacy of an individual. The revisions will be limited to only what is necessary to protect the Debtors or third parties and will provide interested parties with sufficient information to discern the nature of the listing.

Amendment. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements as is necessary and appropriate.

Causes of Action. Despite their reasonable efforts to identify all known assets, the Debtors may not have set forth all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any claims, causes of action or avoidance actions they may have and neither this Statement of Limitations nor the Schedules and Statements shall be deemed a waiver of any such claim, causes of action or avoidance action or in any way prejudice or impair the assertion of such claims.

Net Book Value of Assets. Unless otherwise indicated, the Debtors' assets are shown on the basis of its net book value rather than current market values. As a result, amounts ultimately realized may vary from net book value and such variance may be material. Exceptions to this include cash in financial accounts. Certain other assets, such as investments in subsidiaries, are listed at undetermined amounts as the net book values may materially differ from fair market values. Attempts to obtain current market valuations

**PAGE 1 OF 2**

of assets would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets and, as a result, have not been attempted in connection with the preparation of the Schedules and Statements.

<u>Excluded Assets</u>.  The Debtors have excluded certain categories of assets from the Schedules and Statements, such as goodwill and deferred gains.  Other immaterial assets may also have been excluded.

<u>Foreign Currency</u>.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.  Transactions denominated in foreign currency have been converted to U.S. dollars as of the applicable date of the transaction.

<u>Insiders</u>.  The Debtors have included all payments made over the 12 months preceding the Petition Date to any individual deemed an "insider."  Insiders are defined as individuals who served as either Officers or Directors of any of the Debtors in the 12 months immediately preceding the commencement of the Chapter 11 Cases.

<u>Totals</u>.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the tables.

B6A (Official Form 6A) (12/07)

In re:   **CARIBBEAN PETROLEUM CORPORATION**          Case No.          10-12553 (KG)
                                    **Debtor**                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATIONOF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | ESTIMATED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Service Station Properties (See Exhibit A-1) | Fee Simple | | $109,627,000.00 [1] | $109,627,000.00 |
| | | Total ➔ | 109,627,000.00 | |

---

[1] Values listed represent most recent appraisals.  All owned stations were appraised in 2005. A selected group of stations had updated appraisal performed in 2008.

In re:  **CARIBBEAN PETROLEUM CORPORATION**      Case No.       **10-12553 (KG)**
                      **Debtor**                                                **(If known)**

# SCHEDULE A - REAL PROPERTY

# ATTACHMENT A

Unless otherwise indicated, the asset values described in the debtor's schedules reflect estimated values, as of the Petition date, of the Debtor's interest in property. Should any interest of the Debtor in property be inadvertently omitted from any of the schedules, such omission does not constitute a waiver by the debtor of such interest in property, shall not be deemed an admission of any kind and shall not otherwise alter or affect the Debtor's interests in property. The debtor reserves the right to amend the schedules.

| Station No. | Property Address | Most Recent Appraised Value[1] | Book Value |
|---|---|---|---|
| 1 | Marginal & Paz Forest Hills, Bayamón | $ 950,000 | $ 84,206 |
| 4 | Ave. Las Rosas, Urb. Los Angeles, Carolina | 700,000 | 96,464 |
| 6 | San Patricio & Central, Las Lomas, Río Piedras | 1,350,000 | 145,132 |
| 7 | Ave. De Diego & Carr. 21 Rep. Metropolitano, Río Piedras | 2,900,000 | 275,473 |
| 10 | Calle 52 & 54 Urb. La Riviera, Río Piedras | 760,000 | 50,267 |
| 11 | Calle Betances # 90 Caguas | 1,400,000 | 141,208 |
| 12 | Carr. 326 Km. 8 Vistamar, Carolina | 1,075,000 | 192,918 |
| 13 | Ave. Comerío Norte, Esq. Sabana Seca, Levittown | 2,300,000 | 1,065,189 |
| 17 | Carr. 1 Km. 35, Caguas | 975,000 | 73,516 |
| 18 | Carr. 181 & 183 San Lorenzo | 800,000 | 23,321 |
| 19 | Ave. 65 Inf. Km. 9.7, Carolina | 1,300,000 | 338,639 |
| 23 | Carr. # 2 Km. 184.3 Mayagüez | 1,000,000 | 48,529 |
| 24 | Ave. Muñioz Rivera # 1007, Río Piedras | 1,500,000 | 192,898 |
| 27 | Carr. 176 Km. 1.5 Cupey Bajo Río Piedras | 1,250,000 | 124,136 |
| 28 | Ave. 65 Inf. Km. 19.8 Canóvanas | 1,200,000 | 48,049 |
| 33 | Carr. # 2 Km. 49.6 Manatí | 900,000 | 74,727 |
| 34 | Boundary & 174 Santa Rosa, Bayamón | 950,000 | 121,045 |
| 36 | Padre Noel & Los Meros, Ponce | 825,000 | 17,265 |
| 37 | Villas del Paraná # 24 Paraná S-4 San Juan | 1,250,000 | 303,983 |
| 38 | Calle Georgetti # 3 Caguas | 900,000 | 52,759 |
| 39 | Carr. 901 Km. 0.5 Yabucoa | 750,000 | 621,608 |
| 40 | Carr. # 2 Km. 3.5 Bechara, Puerto Nuevo | 850,000 | 118,466 |
| 41 | Ave. De Diego, Río Piedras | 525,000 | 50,413 |
| 43 | Esmeralda & Venus, Ponce de León, Guaynabo | 1,350,000 | 205,628 |
| 45 | Carr. # 190 Km. 10.7 Valle Arriba, Carolina | 650,000 | 78,022 |
| 47 | Carr. # 10 Km. 50.0 Utuado | 500,000 | 31,920 |
| 49 | Carr. # 3 Km. 64.5 Bo. Daguao, Naguabo | 425,000 | 140,139 |
| 50 | 1908 Ave. Mcleary, Santurce | 800,000 | 62,770 |
| 52 | Carr. 181 Km. 6.1 Bo. Jagual, San Lorenzo | 675,000 | 156,018 |
| 55 | McKinley # 111, Mayagüez | 1,000,000 | 145,181 |
| 56 | Carr. 119 Int. 362 Ave. A. Castro, San Germán | 800,000 | 221,633 |
| 58 | Calle 4 & 5 Caparra Hills, Guaynabo | 2,350,000 | 131,263 |
| 59 | Carr. 108 Km. 3.5 Miradero, Mayagüez | 650,000 | 98,363 |
| 62 | Carr. 112 Km. 1.2 Mora Ward, Isabela | 725,000 | 70,742 |
| 68 | Carr. 2 Km. 162.2 Hormigueros | 700,000 | 138,604 |
| 69 | Carr. 844 Km. 2.1 Cupey Bajo, Río Piedras | 750,000 | 59,902 |
| 70 | Carr. 156 & 569 Orocovis | 700,000 | 181,087 |
| 71 | Alcazar & Madrid, Guaynabo | 800,000 | 142,143 |
| 73 | Carr. # 3 Km. 43.5 Fajardo | 2,100,000 | 91,352 |
| 76 | Carr. # 1 Km. 59.3 Cayey | 850,000 | 141,291 |
| 77 | Carr. # 1 Urb. Monserrate, Salinas | 650,000 | 86,189 |
| 78 | Calle D-D Marginal Valle Verde, Ponce | 750,000 | 152,653 |
| 82 | Carr. # 3 Km. 33.3 Luquillo | 750,000 | 69,527 |
| 84 | Carr. # 2 Km. 15.5 Corujo, Bayamón | 925,000 | 237,078 |
| 88 | Ave. Victoria 565 Aguadilla | 700,000 | 128,066 |
| 89 | Carr. 721 Km. 74.0 Bo. Los Robles, Aibonito | 600,000 | 51,332 |

(1) All owned stations were appraised in 2005. A selected group of stations had updated appraisal performed in 2008.

| Station No. | Property Address | Most Recent Appraised Value[1] | Book Value |
|---|---|---:|---:|
| 93 | Carr. # 2 Km. 79.6 Radioville, Arecibo | 725,000 | 231,257 |
| 94 | Carr. 176 Km. 3.8 Cupey Alto, Río Piedras | 1,200,000 | 148,181 |
| 96 | Carr. # 3 Km. 134.2 Bo. Algarrobo, Guayama | 825,000 | 88,652 |
| 97 | Calle 8 Esq. 19 Caguas Norte, Caguas | 625,000 | 87,883 |
| 98 | Glenview Shopping Center, Ponce' | 875,000 | 184,521 |
| 101 | Carr. # 1 Km. 103, Santa Isabel | 700,000 | 74,918 |
| 102 | Carr. # 140 Km. 5.3 Florida | 625,000 | 44,442 |
| 103 | Hwy 165 Km. 1.8 Toa Alta | 1,675,000 | 48,626 |
| 104 | Carr. # 2 & 140 Km. 57.8 C. Dávila, Barceloneta | 900,000 | 154,758 |
| 105 | Centro Comercial La Quinta, Yauco | 800,000 | 111,419 |
| 106 | Carr. 2 Km. 120.7 Caimital Alto, Aguadilla | 600,000 | 15,715 |
| 111 | Carr. # 2 Km. 68.1 Santana, Arecibo | 850,000 | 303,153 |
| 112 | North & West Main, Sierra Bayamon, Bayamon | 1,350,000 | 519,424 |
| 113 | Ave. Betances Hermanas Dávilas, Bayamón | 800,000 | 190,105 |
| 116 | Santa Rosa Esq. Poll, La Cumbre, Río Piedras | 900,000 | 118,622 |
| 118 | Carr. 20 & Baldorioty Km. 6.0 Las Cumbres, Guaynabo | 800,000 | 91,400 |
| 119 | Ave. Jesús T. Piñero # 1039, Puerto Nuevo | 1,400,000 | 381,807 |
| 120 | Carr. 10 Km. 85.9 Bo. Tanamá, Arecibo | 1,000,000 | 103,142 |
| 122 | Carr. 699 & 854, Dorado | 1,200,000 | 101,836 |
| 123 | Carr. 343 Km. 0.3 Valle Hermoso, Hormigueros | 600,000 | 119,261 |
| 127 | Calle 1 & 2 Fajardo Gardens, Fajardo | 625,000 | 83,942 |
| 129 | Carr. 129 Km. 39.4 Arecibo | 900,000 | 364,976 |
| 131 | Carr. 371 Km. 2.3 Bo. Almacigo, Yauco | 550,000 | 33,382 |
| 132 | Carr. 987 Km. 0.2 Fajardo | 625,000 | 153,756 |
| 133 | Ave. Jesus M. Fragoso & Ave. Fidalgo Diaz Carolina | 1,000,000 | 232,160 |
| 135 | Carr. 838 Main St. Santa Paula, Guaynabo | 1,200,000 | 139,917 |
| 138 | Calle Acasia # 1184 Highland Park, Río Piedras | 650,000 | 163,858 |
| 139 | Carr. # 2 Km. 8.3 Bayamón | 1,450,000 | 130,565 |
| 140 | Ave. 65 Inf. & Calle Martell, Río Piedras | 895,000 | 44,530 |
| 141 | Carr. 152 Km. 12.3 Bo. Cedro Arriba, Naranjito | 750,000 | 45,226 |
| 143 | Carr. 845 Km. 0.2 Cupey, Río Piedras | 825,000 | 147,400 |
| 145 | Bo. Cuevas, Trujillo Alto | 1,000,000 | 270,490 |
| 146 | University Gardens Bo. Hato Abajo, Arecibo | 600,000 | 71,614 |
| 147 | Carr. 156 Km. 57.7 Caguas | 750,000 | 61,575 |
| 148 | Ave. Domenech 403 & Calle Nueva, Río Piedras | 2,500,000 | 192,576 |
| 150 | Calle Arpegio # 18 Muñoz Rivera, Guaynabo, PR  00969 | 700,000 | 34,570 |
| 152 | 65 Inf. # 100 Sur, Lajas | 650,000 | 31,371 |
| 154 | Carr. 144 Km. 16.8 Bo. Collores, Jayuya | 575,000 | 65,222 |
| 155 | Ave. José Garrido Esq. Aqua Marina Urb. Villa Blanca,  Caguas | 850,000 | 53,050 |
| 156 | Carr. # 3 Km. 45.2, Fajardo | 825,000 | 64,096 |
| 157 | Carr. 149 Km. 66.2 Salida Villalba, Juana Díaz | 550,000 | 56,203 |
| 159 | Calle Luchetti & Marginal St. Condado | 825,000 | 88,305 |
| 160 | Bo. Guanajibo, Urb. Sultana, Mayagüez | 700,000 | 95,542 |
| 161 | Carr. 119 Km. 0.7 Camuy | 475,000 | 62,725 |
| 162 | Calle 1 Avenida Caguax, Caguas | 600,000 | 75,568 |
| 163 | Ave. Central Esq. San Patricio #1652 Las Lomas Río Piedras, PR  00921 | 800,000 | 71,590 |

(1) All owned stations were appraised in 2005. A selected group of stations had updated appraisal performed in 2008.

| Station No. | Property Address | Most Recent Appraised Value[1] | Book Value |
|---|---|---|---|
| 165 | Calle Dr. Cueto 19 Utuado, PR 00641 | 975,000 | 376,482 |
| 167 | Carr. 14 Km. 10.8 Bo. Collores, Juana Día | 500,000 | 125,227 |
| 168 | Carr. 3 Km. 49.4 Manatí | 1,200,000 | 182,159 |
| 169 | Carr. 2 Km. 49.4, Manatí | 660,000 | 81,288 |
| 170 | Carr. # 14 Km. 35.3, Coamo | 600,000 | 44,694 |
| 172 | Urb. Las Palmas Calle Corozo No. 211 Moca, PR 00676 | 550,000 | 41,109 |
| 173 | Pontezuela & Marginal, Vistamar, Carolina | 1,075,000 | 127,290 |
| 174 | Ave. Ponce de León #38 Esq. Sta. Rosa de Lima, Cataño | 700,000 | 74,054 |
| 176 | Carr. # 1 Amatista Street Urb. Bucaré, Río Piedras | 775,000 | 106,434 |
| 177 | Carr. 189 Frente Colegio Turabo, Gurabo | 850,000 | 66,748 |
| 178 | 1155 Ave. Hostos, Ponce, PR 00717-0931 | 800,000 | 252,197 |
| 179 | Calles 32 & 8 Jard. Metropolitanos, Río Piedras | 1,350,000 | 258,067 |
| 180 | Carr. # 2 Salida Carr. 155, Vega Baja | 1,000,000 | 203,808 |
| 184 | Carr. # 2 Km. Los Negritos, Ponce | 1,050,000 | 82,064 |
| 185 | Carr. 151 Km. 0.5 Salida Orocovis, Urb. Las Vegas, Villalba | 750,000 | 42,622 |
| 188 | Marginal E Urb. Losn Angeles, Carolina | 850,000 | 75,417 |
| 191 | Carr. 693 & 698 Sardinera Beach, Dorado | 1,250,000 | 191,444 |
| 192 | Carr. 33 Km. 18.1, Canóvanas | N/A | 197,494 |
| 193 | Las Américas & Dr. Biaggi Ave. Ponce de León, Ponce | 750,000 | 84,085 |
| 194 | Carr. 2 Km. 77.4 Ave. Miramar, Santurce | 740,000 | 56,194 |
| 195 | Carr. # 3 Km. 135.2 Guayama | 672,000 | 83,642 |
| 196 | Carr. # 1 Km. 40.6 Bo. Turabao, Caguas | 900,000 | 52,506 |
| 198 | Ave. Campo Rico Final, Sabana Gardens, Carolina | 850,000 | 350,394 |
| 199 | Carr. # 2 Km. 14.2 Hato Tejas, Bayamón | 1,500,000 | 94,530 |
| | | **$ 107,277,000** | **$ 16,284,392** |

(1) All owned stations were appraised in 2005. A selected group of stations had updated appraisal performed in 2008.

In re:   **CARIBBEAN PETROLEUM CORPORATION**          Case No.          **10-12553 (KG)**
**Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None " If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community " If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt

**Do not list interests in executory contracts and unexpired leases on this schedule,. List them in Schedule G - Executory Contracts and Unexpired Leases**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property " If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as :A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand | | Petty cash – Road 28, Km. 2, Bayamon, PR 00961 | | $10,300 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Exhibit B2 | | $33,523 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | Exhibit B3 | | $219,950 |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles | X | | | |
| 6.   Wearing apparel | X | | | |
| 7.   Furs and jewelry | X | | | |
| 8.   Firearms and sports, photographic and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize | | Exhibit B9 | | $459,709 |

In re:   **Caribbean Petroleum Corporation**                Case No.        **10-12553 (KG)**
              **Debtor**                                                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| surrender or refund value of each. | | | | |
| 10. Annuities.  Itemize and name each issuer | X | | | |
| 11. Interests in an education IRA as defined in 26 USC § 530(6)(1) or under a qualified State tuition plan as defined in 26 U S C § 529(b)(1) Give particulars.  (File separately the record(s) of any such interest(s).  11 U S C § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14  Interests in partnerships or joint ventures. Itemize. | | 99% Limited Partnership Interest in Caribbean Petroleum Refining L.P. | | Unknown |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Exhibit B16 | | $17,567,868 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or maybe entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | | Exhibit B18 | | $13,920,387 |
| 19  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A -- Real Property | X | | | |
| 20  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Exhibit B21A Exhibit B21B | | Unknown |

In re:   **Caribbean Petroleum Corporation**          Case No._____**10-12553 (KG)**_____
                        **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22 Patents copyrights, and other intellectual property. Give particulars. | | Proprietary software | | $9,080 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Exhibit B23 | | Unknown |
| 24 Customer lists or other compilations containing personally identifiable information (as defined in 11 U S C § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories | | Exhibit B25 | | $40,266 |
| 26. Boats motors, and accessories | X | | | |
| 27. Aircraft and accessories | X | | | |
| 28. Office equipment furnishings, and supplies. | | Miscellaneous office equipment and supplies | | $16,506 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Exhibit B29 | | $3,049,170 |
| 30. Inventory. | | Exhibit B30 | | $4,683,018 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Funds in escrow – San Juan Abstract | | $786,840 |
| | | __15__ Continuation sheets attached    Total ➔ (Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.) | | $40,796,617 |

**In Re: Caribbean Petroleum Corporation**
**Case No. 10-12553 (KG)**
Exhibit B2
Personal Property - Checking, saving or other financial accounts

| Bank/Institution | Account Number | Description | Balance |
|---|---|---|---|
| Banco Santander de Puerto Rico | 3003328006 | Operating | $ 31,394 |
| Banco Popular de Puerto Rico | 131-390384 | Operating (Primary DIP Acct) | 148 |
| Banco Popular de Puerto Rico | 030-132037 | Payroll | 1,113 |
| Banco Popular de Puerto Rico | 131-390643 | Operating | 868 |
| | | | $ 33,523 |

**In Re: Caribbean Petroleum Corporation**
**Case No. 10-12553 (KG)**
Exhibit B3
Personal Property - Security deposits with public utilities, telephone companies, landlords, and others

| Company | Deposit amount |
|---|---|
| Autoridad Energía Electrica | $ 5,200 |
| Autoridad de Acueductos y Alcantarillados | 150 |
| International Bond & Marine | 200,000 |
| PREPA | 10,000 |
| Plaza Las Americas | 2,400 |
| Joaquina Lopez | 2,200 |
| | $ 219,950 |

| Insurer | Type of Policy | Policy Number | Book Value |
|---|---|---|---|
| Multiple | Commercial General/Umbrella | B0823EL1000294 | $ 433,621 |
| Integrand Assurance Company | Vehicle Property/Liability | 028039082-01-00000 | 9,448 |
| Eastern America Insurance | Management Liability | VKU-1000444-10 | 16,640 |
| | | | $ 459,709 |

| Counterparty | Receivable balance |
|---|---:|
| A.Y.N. Investments, Inc. | 43,488 |
| Abdelfatah Abuusha, Aiman | 2,000 |
| Abraham Petroleum Co. | 4,374,816 |
| ACFG | 20 |
| Adams Collazo, Johnny | 3,310 |
| Aguayo Porrata, Carlos | 37,957 |
| Al Amana Corporation | 82,717 |
| Alejandro Figueroa, Enrique | 488 |
| Ali Shehadeh, Mahmoud | 19,486 |
| Ali, Mahmoud | 46,100 |
| ALOMAC Properties & Realty | 400 |
| American Petroleum | 43,497 |
| Adino Pastrana, Miguel | 1,150 |
| Anmar, Inc. | 2,735 |
| Arroyo Flores, Manuel | 20,775 |
| Asociacion de Pescadores | 20,912 |
| Awadallah Odeh, Wifki | 209,720 |
| AYN Investments | 147,624 |
| Banco Popular de PR | 48 |
| Batiz Vergara, Hernan | 6,043 |
| Beltran Rodriguez, Juan | 3,200 |
| Best Work Construction | 1,053 |
| Betrios Rivera, Gilberto | 1,000 |
| Bezares Ocasio, Ernesto | 6,300 |
| Bonilla Traverso, Waldemar | 3,466 |
| Boricua Terrazo Corp | 656 |
| Borinquen Biscuit Corp | 390 |
| Bustelo Garriga, Otto | 242,606 |
| C.N. Enterprises | 34,258 |
| Cabrera & Rosado | 100,330 |
| Caez Rodriguez, Carlos | 43,716 |
| Calo Alvarez, Margarita | 1,655 |
| Castillo Morales, Ana | 41,200 |
| Castro Rivera, Dennis | 4,242 |
| Castro, Lucas | 23,552 |
| CBS Outdoor | 6,000 |
| Collazo del Valle, Pedro | 7,192 |
| Colon, Evangelito | 1,900 |
| Compania Petrolera Caribe | 16,599 |
| Compresores y Equipos Inc | 1,115 |
| Conchita Super Station Inc. | 32,237 |
| Constructora Argo Inc. | 1,063 |
| Constructora Hato Rey | 7,200 |
| Coop Gasolinera de Dorado | 77 |
| Coop Hato Tejas | 61,162 |
| Corporacion Suvial | 5,723 |
| Coss Rivera, Luis | 9,926 |
| Cotto, Miguel | 25,220 |
| Cruz Rivera, Jose | 325 |

| Counterparty | Receivable balance |
|---|---|
| Cuevas Gonzalez, Noel | 337 |
| Diaz Bou, Secundino | 11,270 |
| Distribuidora Ebenezer | 11,472 |
| Diversified Petroleum Industries | 566 |
| Energy Petroleum Corp | 10 |
| Esteves Verdia, Jose | 2,550 |
| Fernandez Marchese, Hector | 285,083 |
| Fernandini Figueroa, Orlando | 9,845 |
| Figueroa Carrasquillo, Luis | 11,407 |
| Figueroa Colon, Eddie | 5,294 |
| Fuentes Service Station | 8,800 |
| G.H. Petroleum Corp | 2,035 |
| GAMA Group, Inc. | 160,582 |
| Garcia de Jesus, Jose | 7,515 |
| Gas Control Products of PR, Inc | 5,471 |
| General Services Administration | 170,451 |
| Gloriaan, Inc. | 5,533 |
| Goya de PR Inc | 867 |
| Guerra Cinco, Inc. | 66,575 |
| Guerra Pujals, Alfredo | 6,229 |
| Guilloty Navarro, Wilfredo | 50,400 |
| Gulf Chemical Corporation | 5,170 |
| Gulf del Norte | 37,290 |
| Gulf Plaza, Inc. | 545,809 |
| Hamad Corporation | 4,563 |
| Harbor Bunkering Corp | 26,432 |
| Hermanos Torres Perez, Inc. | 160 |
| Hernandez Jorge, Jose | 1,700 |
| HHF Service Stations | 3,600 |
| HMF Service Station, Inc | 4,000 |
| Husni, Yacoub | 48,083 |
| Irizarry Caraballo, Jose | 22,871 |
| Irizarry, Damian | 40,218 |
| J. Hala Corp | 116,779 |
| J.J. C-Store - Carolina | 100 |
| J.J. Petroleum | 5,822 |
| J.P. Oil & Batteries Dist | 14,594 |
| Jibril Johar, Mohamed | 3,340 |
| Jota Corporation | 3,008 |
| King Oil Corp | 143,727 |
| Labrador Zayas, Edwin | 36,646 |
| Laguna Mimoso, Luis | 4,600 |
| Leesan Investment Corp | 3,400 |
| Lleras Cruz, Antonio | 10,000 |
| Loperena, Antonio | 17,432 |
| Lopez Mendez, Ariel | 9,840 |
| Ma-Gu Petroleum | 57,625 |
| Maldouado Perez, Diana | 3,020 |
| Maracaibo Petroleum Corp | 7,040 |

| Counterparty | Receivable balance |
|---|---:|
| Marin Ocasio, Fernando | 5,226 |
| Marina Puerto Chico | 596 |
| Marquez Gomez, Ismael | 19,442 |
| Marrero Guzman, Reinaldo | 10,305 |
| Martinez, Abraham | 48,510 |
| Martinez Reyes, Pablo (X-905) | 7,141 |
| Melendez Fraguada Esteban | 1,050 |
| Meso Express, Inc. | 2,000 |
| Metropolitan Bus Authority | 9,388 |
| MH Oils Distributors | 911 |
| Mister Magic | 105,578 |
| Mohamed Ali, Jose | 101,430 |
| Morales Lopez, William | 2,455 |
| Mother & Son Adm Services | 3,000 |
| Municipio de Catano | 19,300 |
| Negron Martinez, Gualberto | 2,860 |
| Negron Polanco, Rafael | 6,881 |
| Negron Rivera, Andres | 7,215 |
| Neroby Developers | 7,919 |
| Nieves Berrios, Carlos | 1,902 |
| Nieves Diaz, Jose | 16,578 |
| Nieves Diaz, Ramon | 1,410 |
| Nieves Jimenez, Javier | 15,503 |
| Nieves Ocasio, Juan Ramon | 547,621 |
| Nunez Garau, Max | 10,030 |
| Ocasio Rosa, Jorhan | 4,000 |
| Odeh Torres, Gamal | 16,655 |
| Orlando Gonzalez, Rosa | 21,072 |
| Ortiz Roura, Francisco | 117,842 |
| Ortiz Santos, Miguel Angel | 6,757 |
| Ortiz, Zulma | 4,000 |
| P.R. Consulting Group | 7,194 |
| PBD Management Corp | 44,825 |
| People's Petroleum Group, Inc. | 96,206 |
| Petro West | 2,554 |
| Petrovich Clavel, Luis | 15,647 |
| Plaza Interamericana | 78,065 |
| PREPA | 345,319 |
| Puerto Rico Petroleum Products | 23 |
| Puerto Rico Safety | 610 |
| R.C. Distributor | 3,447 |
| Ramirez Diaz, Nathan | 1,488 |
| Ramirez Gonzalez, Walter | 40,585 |
| Ramirez Sepulveda, Llime | 3,071 |
| Remar Magio | 54,684 |
| Reyes Gulf Station Inc. | 78,605 |
| Rio Construction | 27,344 |
| Rivera Arvelo, Laurentino | 146,706 |
| Rivera Lopez, Carlos | 69,068 |

# In Re: Caribbean Petroleum Corporation
## Case No. 10-12553 (KG)
Exhibit B16
Personal Property - Accounts Claims receivable

| Counterparty | Receivable balance |
|---|---:|
| Rivera Robles, Teodoro | 961 |
| Roca Esteves, Juan Jose | 22,373 |
| Rodriguez Cladellas, Agustin | 24,050 |
| Rodriguez Diaz, Rafael (X-99) | 10,895 |
| Rodriguez Velez, Diego | 3,217 |
| Rolon, Wanda | 20,000 |
| Rullan Cordero, Osvaldo | 10,420 |
| Saber Odeh, Mohamed | 1,000 |
| San German Gulf, Inc. | 2,468 |
| Santa Paula Oil | 5,832,674 |
| Santiago Acevedo, Armando | 458 |
| Santiago Rosado, Nelson | 32,602 |
| Santos Rivera, Antonio | 2,651 |
| Scorpio Recycle Corp. | 2,239 |
| Sea Link Inc | 29,757 |
| Segarra, Rafael | 5,940 |
| Sierra Cintron, Ivan | 6,000 |
| SMM Fuels, Inc. | 55,212 |
| Solano Distributor | 1 |
| Soto Jirau, Efrain | 1,500 |
| Tavarez Cordova, Diego | 3,500 |
| Ter Horat, Mark | 15,287 |
| Toral Petroleum Corp | 53,139 |
| Torres Droz, David | 25 |
| Torres Montes, Antonio | 683 |
| V & F Administration Group | 30,973 |
| Vargas Torres, Nelson | 38,168 |
| Vargas Vargas, Edwin | 5,200 |
| Vazquez Ramos, Felix A. | 52,372 |
| VB Investment, Inc. | 235,802 |
| Vega Baja Gulf, Inc. | 1,139,331 |
| Vega Rosario, Heriberto | 2,274 |
| Velazquez Colon, Antonio | 12,266 |
| Visbal Castro, Elving | 15,402 |
| Zambrano Vera, Luis | 12,004 |
| Zayas Cabeza, Vilmare | 1,000 |
| Zuniga, Esteban | 201 |
|  | $ 17,567,868 |

**In Re: Caribbean Petroleum Corporation**
**Case No. 10-12553 (KG)**
Exhibit B18
Personal Property - Other liquidated debts owed to debtor including tax refunds

| Entity | Description | Receivable balance |
|---|---|---|
| Officers & Employees | Receivables | $ 302,562 |
| Hacienda | Excise Tax Refund | 52,101 |
| CRIM | Property Tax Refund | 170,540 |
| Gulf Chemical Corporation | Receivables | 859 |
| Antonio Velazquez | Loan | 17,398 |
| Mark Ter Horst | Loan | 3,965 |
| Remar Magic | Loan | 222,751 |
| Arturo Rivera Marin | Loan | 250,000 |
| Damian Irizarry Caraballo | Loan | 4,945 |
| Johnny Hernandez | Loan | 14,904 |
| Santa Paula Oil Corporation | Legal judgment in excess of recorded AR | 12,880,362 |
| | | $ 13,920,387 |

| Entity | Type of Policy | Policy Number | Description of Claim | Claim Amount |
|---|---|---|---|---|
| Chartis Insurance Company - Puerto Rico | Property | 032-100004 | Multiple occurrences of damage to property, business interruption and loss of product occurring as a result of October 2009 incidents | Unknown |
| Chartis Insurance Company - Puerto Rico | Property | 032-100004 | Damage to property, business interruption and loss of product occurring as a result of November 15, 2009 partial roof collapse | $ 3,974,000 |
| Liberty Mutual Insurance Company | Storage Tank Liability | TXM-PR-101957-019 | Multiple occurrences of corrective action and cleanup related to October 2009 incidents | $ 4,000,000 |
| ACE - Westchester Surplus Lines Insurance Company | Pollution Premises Liability | PPL G22087861-003 | Premises pollution cleanup due to October 2009 incidents | $ 3,000,000 |
| AIG | Property | | Damage to dock due to collision of barge with dock | $ 859,000 |
| Navigators Management Company | Marine Terminal Operators Liability | 09L0739/01 | Multiple occurrences of corrective action and cleanup related to October 2009 incidents | Unknown |
| Chartis Insurance Company - Puerto Rico | General Liability | 005-001000824-02 | Liability exposure due to October 2009 incidents | Unknown |
| Chartis Insurance Company - Puerto Rico | Umbrella Liability | 018-001001756-02 | Liability exposure due to October 2009 incidents | Unknown |

| Caption of suit | Case number | Nature of proceeding | Court | Location of court | Status or disposition | Amount of Claim / Counter Claim |
|---|---|---|---|---|---|---|
| In re Cape Bruny Tankschiffarts Gmbh and Co. KG, et al. | 10-1337 | Complaint for exoneration from or limitation of liability | U.S. District Court for the District of Puerto Rico | San Juan | Stayed | $ 269,000,000 |
| Santa Paula Oil Corp. v. CPC | D AC2004-3862 | Breach of contract | Puerto Rico Court of Appeals | Bayamon | Stayed | $ 23,713,037 |
| In re Abraham Petroleum Corp. | 09-05928 | Chapter 11 bankruptcy | U.S. Bankruptcy Court for the District of Puerto Rico | San Juan | Proof of claim filed - Litigation ongoing regarding debtor's objection to claim | $ 4,668,286 |
| CPC v. Daniel Rodriguez Triff | K AC2005-4861 | Breach of contract | Puerto Rico Superior Court | San Juan | Pending | $ 3,000,000 |
| CPC v. Antonio Torres | K AC2010-0555 | Eviction and breach of contract | Puerto Rico Superior Court | San Juan | Pending | $ 1,500,000 |
| CPC v. Arturo Rivera Marin | NSCI200300230 | Breach of contract | Puerto Rico Superior Court | Fajardo | Pending | $ 1,000,000 |
| CPC v. Puerto Nuevo Development | D PE2007-1113 | Real property dispute | Puerto Rico Superior Court | Bayamon | Stayed | $ 700,000 |
| CPC v. VBI Investment | K PE2001-1209 | Breach of contract and debt collection | Puerto Rico Superior Court | San Juan | Pending | $ 639,819 |
| CPC v. Maria Socorro Lopez Delgado | 06-00703 | Chapter 13 bankruptcy | U.S. Bankruptcy Court for the District of Puerto Rico | San Juan | Proof of claim filed | $ 350,000 |
| CPC v. Maria Socorro Lopez Delgado | E AC2003-0437 | Collection action | Puerto Rico Superior Court | Caguas | Pending | $ 337,417 |
| CPC v. International Industries | 09-01458 | Damages | U.S. District Court for the District of Puerto Rico | San Juan | Pending | $ 300,000 |
| In re Yacoub Husin | 10-04213 | Chapter 13 bankruptcy | U.S. Bankruptcy Court for the District of Puerto Rico | San Juan | Proof of claim filed | $ 135,000 |
| CPC v. Rosa Amelia Calo | F CD2004-2764 | Breach of contract and collection action | Puerto Rico Superior Court | Carolina | Judgment entered against defendant. | $ 108,565 |

| Caption of suit | Case number | Nature of proceeding | Court | Location of court | Status or disposition | Amount of Claim / Counter Claim |
|---|---|---|---|---|---|---|
| CPC v. Rafael Rodriguez Diaz | D CD2003-0820 | Eviction and collection action | Puerto Rico Superior Court | Bayamon | Pending | $ 47,158 |
| CPC v. Carlos Caez | 05-10128 | Breach of contract | U.S. Bankruptcy Court for the District of Puerto Rico | San Juan | Filed proof of claim in bankruptcy court. | $ 21,956 |

**In Re: Caribbean Petroleum Corporation**
**Case No. 10-12553 (KG)**
Exhibit B23
Licenses, Franchises and other intangibles

| Description | Book value |
|---|---|
| License agreement with Chevron for use of Gulf trademark | Unknown |
| License of technology - Platforming Process - Universal Oil Products | Unknown |
| License of technology - Catalytic Condensation Unit - Universal Oil Products | Unknown |
| License of technology - Fluid Catalytic Processing Unit - Universal Oil Products | Unknown |
| License of technology - Merox - Universal Oil Products | Unknown |
| | $                  - |

| Year | Make | Model | VIN# | Net Book Value |
|---|---|---|---|---|
| 1999 | Chevrolet | Lumina | 2G1WL52M4X9170675 | - |
| 1999 | Ford | F-150 | 2FT2F1726XCA57955 | - |
| 2001 | Buick | LeSabre | 1G4HR54K91U109239 | - |
| 2001 | Honda | Accord EX | 1HGCG56681A024951 | - |
| 2002 | Mitsubishi | Montero | JA4MW31R61J032908 | - |
| 2003 | Mitsubishi | Nativa | JA4LS21H43J007436 | - |
| 2003 | Mitsubishi | Nativa | JA4LS21H83J007827 | - |
| 2003 | Mitsubishi | Nativa | JA4LS21H93J005293 | - |
| 2003 | Mitsubishi | Nativa | JALLS21H43J010076 | - |
| 2003 | Mitsubishi | Nativa | JA4LS21H73J010587 | - |
| 2003 | Toyota | Highlander | JTEGF21AX30118136 | - |
| 2003 | Toyota | 4Runner | JTEZT14RX40014034 | - |
| 2004 | Mitsubishi | Nativa | JA4LS21RX4J000288 | - |
| 2004 | Mitsubishi | Nativa | JA4LS21RX4J000382 | - |
| 2004 | Volvo | XC90 | YV1CZ59H441057286 | - |
| 2004 | Volvo | XC70 | YV1SZ59H741129710 | - |
| 2007 | Toyota | FJ Cruiser | JTEBU11F270092384 | 13,207 |
| 2009 | Ford | E-350 | 1FTSS34P18DB24892 | 27,059 |
| 1978 | Fruehauf | 8,000 Gln Tanker Trailer | UNZ593202 | - |
| 1994 | Custom | 8,000 Gln Tanker Trailer | 1C9A1A3B4RS001104 | - |
| 1994 | Custom | 8,000 Gln Tanker Trailer | 1C9A1A3B2RS001103 | - |
| 1985 | Fruehauf | 10,000 Gln Tanker Trailer | 1H4T04220FK012604 | - |
| 1985 | Fruehauf | 10,000 Gln Tanker Trailer | 1H4T04222FK012603 | - |
| 1985 | Fruehauf | 10,000 Gln Tanker Trailer | 1H4T04220FK012602 | - |
| 1985 | Fruehauf | 10,000 Gln Tanker Trailer | 1H4T04229FK012601 | - |
| 1990 | Fruehauf | 10,000 Gln Tanker Trailer | 1H4T04124LL022203 | - |
| 1990 | Fruehauf | 10,000 Gln Tanker Trailer | 1H4T04124LL022202 | - |
| 1990 | Fruehauf | 10,000 Gln Tanker Trailer | 1H4T04120LL022201 | - |
| 1990 | Fruehauf | 10,000 Gln Tanker Trailer | 1H4T04126LL022204 | - |
| 2000 | Heil | 12,000 Gln Tanker Trailer | 5HTAB4336Y764675 | - |
| 2000 | Heil | 12,000 Gln Tanker Trailer | 5HTAB4338Y7L64676 | - |
| 1981 | Heil | Tanker Trailer | 1HLA3A6B3C7G51814 | - |
| | | | | 40,266 |

| Description | Location | Cost basis | Book value |
|---|---|---|---|
| Various Leasehold Improvements | Road 28, Km 2, Bayamo | $          31,874 | $          1,575 |
| Various Leasehold Improvements | Service Stations | 10,439,122 | 1,573,788 |
| Marketing Equipment | Service Stations | 23,386,028 | 1,473,807 |
| | | $     33,857,024 | $     3,049,170 |

| Description | Book value [1] |
|---|---|
| Diesel L. S. | $ 3,753,070 |
| Fuel Oil | 609,847 |
| Fuel Oil Blendstock | 181,823 |
| Regular Gasoline | 42,228 |
| Type A Transmission Oil | 16,691 |
| Additive DMA- 499 | 15,585 |
| TECHRON GAS 6/-20oz | 8,767 |
| DIVERSIFIED PRODUCTS | 7,253 |
| GP Marine Outboard 12/1 QT | 6,998 |
| M/P Gear Lub. 85/140 55 GALS | 5,611 |
| M/P Gear Lub. 85/140 16 GALS | 5,582 |
| Gulf Pride 5W/20 12/1 | 3,804 |
| P/S FLUID 12-12 oz | 3,090 |
| Super Duty MO 50 55 GALS | 2,950 |
| Super Duty MO 10W30 55 GALS | 2,746 |
| Super Duty 40 SH/CD 55 GALS | 2,581 |
| Gulf Pride 10W/30-55 GALS | 2,437 |
| TIRE FLATOR 12/15 OZ. | 2,073 |
| Super Duty MO 30 SG-CE 55 GALS | 1,555 |
| HD. CLEANER 4-1 GAL. | 1,111 |
| BATTERY WATER 18/32oz | 1,006 |
| G Multicut LDX-55 GALS | 876 |
| ATF Fluid Dexron III/Mercon 55 GALS | 797 |
| Crown Grease EP/2-16 GALS (120#) | 674 |
| WIND. WASHER 18/32oz | 659 |
| Harmony Oil 100-55 GALS | 610 |
| Super Duty MO 30-5 GALS | 550 |
| ATF Dexron III/Mercon 12/1 | 427 |
| Gulf Pride 5W/30 12/1 | 344 |
| GP Racing Oil 20w50 5 GALS | 260 |
| COOLANT 33% 55 GAL. | 212 |
| G Multicut HDX-55 GALS | 208 |
| G EP Lubricant HD220-55 GALS | 185 |
| Super Duty MO 50 5 GALS | 167 |
| HD. CLEANER-GAL. | 118 |
| Super Duty-40 CD-SH 12/1 | 87 |
| COOLANT 50% 6- 1 GAL. | 36 |
| | $ 4,683,018 |
| | |
| | |

[1] Product quality may have been affected by the explosions and fires of
October 2009 and book value may not reflect the net recoverable value

B 6C (Official Form 6C) (4/10)

In re  CARIBBEAN PETROLEUM CORPORATION          ,          Case No.          10-12553 (KG)
                          Debtor                                                        (If known)

## SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐  Check if debtor claims a homestead exemption
(Check one box)                                                                      that exceeds $146,450.
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| NONE | | | |

RLF1 3563293v.1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

In re                                    :     Chapter 11

CARIBBEAN PETROLEUM CORP.,               :     Case No. 10-12553 (KG)

                Debtor.     :     Jointly Administered

-------------------------------------------------------------x

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

        I, Nicolás López Peña, Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 24 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  November 10, 2010

                                        _____

                                        Nicolás López Peña
                                        Chief Financial Officer

-----------------------------------------------------------------------------------------------------------------------
--------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.