IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
CARIBBEAN PETROLEUM CORP., et al.,[1]              :    Case No. 10-12553 (KG)
                                                   :
            Debtors.                               :    Jointly Administered
                                                   :
---------------------------------------------------------------x   Re: Docket No. 294

## NOTICE OF FILING OF "SUMMARY OF SCHEDULES" TO SCHEDULES OF ASSETS OF DEBTOR CARIBBEAN PETROLEUM CORPORATION (CASE NO. 10-12553)

PLEASE TAKE NOTICE that, on November 10, 2010, Caribbean Petroleum Corporation, one of the above-captioned debtors and debtors in possession, filed its **Schedules of Assets** [Docket No. 294] (the "Schedules") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that, today, Caribbean Petroleum Corporation has filed the *Summary of Schedules* relative to the Schedules (the "Summary Sheet") with the Bankruptcy Court. A copy of the Summary Sheet is attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that Caribbean Petroleum Corporation hereby expressly incorporates the Summary Sheet into the Schedules as if set forth therein in full.

---

[1] The Debtors in these chapter 11 cases (along with the last four digits of each Debtor's federal tax identification number) are: Caribbean Petroleum Corporation (7836), Caribbean Petroleum Refining L.P. (1421), and Gulf Petroleum Refining (Puerto Rico) Corporation (1417). The service address for all Debtors is: PO Box 361988, San Juan, Puerto Rico 00936.

Dated: November 11, 2010
      Wilmington, Delaware

Respectfully submitted,

/s/ Jason M. Madron

Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

John J. Rapisardi
George A. Davis
Zachary H. Smith
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

*Co-Attorneys for Debtors
and Debtors in Possession*

# **Exhibit 1**

RLF1 3628083v. 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re Caribbean Petroleum Corporation  Case No. 10-12553 (KG)
       Debtor

Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 5 | $109,627,000 | | |
| B - Personal Property | YES | 18 | $40,976,617 | | |
| C - Property Claimed as Exempt | YES | 1 | $0 | | |
| D - Creditors Holding Secured Claims | NO | 0 | | | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | 0 | | | |
| F - Creditors Holding Unsecured Nonpriority Claims | NO | 0 | | | |
| G - Executory Contracts and Unexpired Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | |
| | TOTAL | 24 | $150,603,617 | | |

RLF1 3628080v. 1