IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                                        :   Chapter 11
                                                             :
CARIBBEAN PETROLEUM CORP., et al.,[1]                        :   Case No. 10-12553 (KG)
                                                             :
          Debtors.                                           :   Jointly Administered
                                                             :
                                                             :   **Re: Docket Nos. 211 and 231**
---------------------------------------------------------------x

## NOTICE OF SECOND AMENDMENT TO SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS) FILED BY DEBTOR CARIBBEAN PETROLEUM CORPORATION (CASE NO. 10-12553)

PLEASE TAKE NOTICE that, on October 11, 2010, Caribbean Petroleum Corporation ("CPC"), one of the debtors and debtors in possession in the above-captioned chapter 11 cases, filed its **Schedules of Liabilities** [D.I. 211] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE NOTICE that, on October 15, 2010, CPC filed an amended Schedule F (Creditors Holding Unsecured Nonpriority Claims) [D.I. 231] ("Amended Schedule F") with the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that, on November 16, 2010, CPC filed a second amended Schedule F (Creditors Holding Unsecured Nonpriority Claims) ("Second Amended Schedule F") with the Bankruptcy Court, which reflects the addition of certain claims held by Lexel Ltd. and IDMR. There are no other changes reflected in Second Amended Schedule F. A copy of Second Amended Schedule F is attached hereto as Exhibit 1.

---

[1] The Debtors in these chapter 11 cases (along with the last four digits of each Debtor's federal tax identification number) are: Caribbean Petroleum Corporation (7836), Caribbean Petroleum Refining L.P. (1421), and Gulf Petroleum Refining (Puerto Rico) Corporation (1417). The service address for all Debtors is: PO Box 361988, San Juan, Puerto Rico 00936.

Dated: November 16, 2010
Wilmington, Delaware

Respectfully submitted,

*(signature)*

Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

John J. Rapisardi
George A. Davis
Zachary H. Smith
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

*Co-Attorneys for Debtors
and Debtors in Possession*