IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re : Chapter 11
:
CARIBBEAN PETROLEUM CORP., et al.,[1] : Case No. 10-12553 (KG)
:
Debtors. : Jointly Administered
:
: **Re: Docket Nos. 9, 53, 54, 127, 149, 152, 155, 161,**
: **165, 205, 243, 256, 293, 304, 312,**
: **317, 326, 350, 400 and 411**
---------------------------------------------------------------x

## NOTICE OF FILING OF EXHIBITS C, D, E, F AND G TO FORM ASSET PURCHASE AGREEMENT IN CONNECTION WITH PROPOSED SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS

PLEASE TAKE NOTICE that, on August 13, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Motion of Debtors for Entry of (I) an Order (A) Approving Bidding Procedures in Connection With the Sale of Substantially All of the Debtors' Assets, (B) Authorizing Entry Into Stalking Horse Agreements and Approving Stalking Horse Protections, (C) Approving Procedures Related to the Assumption and Assignment of Executory Contracts and Unexpired Leases, (D) Scheduling Auction and Sale Approval Hearing, (E) Approving the Form and Manner of the Sale Notice, and (F) Granting Certain Related Relief, and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief** [D.I. 9] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

---

[1] The Debtors in these chapter 11 cases (along with the last four digits of each Debtor's federal tax identification number) are: Caribbean Petroleum Corporation (7836), Caribbean Petroleum Refining L.P. (1421), and Gulf Petroleum Refining (Puerto Rico) Corporation (1417). The service address for all Debtors is: PO Box 361988, San Juan, Puerto Rico 00936.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Motion, the Debtors requested entry of an order (i) approving procedures (the "Bidding Procedures") for (a) submitting bids for the purchase of all or substantially all of the Debtors' assets (the "Assets"), and (b) conducting an auction for the Assets, in the event that the Debtors receive two or more Qualified Bids (as defined in the Bidding Procedures) for the Assets; (ii) authorizing, but not requiring, the Debtors to (a) enter into a "stalking horse" agreement, on or before November 10, 2010, with one or more bidders (the "Stalking Horse Bidder(s)") for the purpose of establishing a minimum acceptable bid for the Assets (the "Stalking Horse Bid"), (b) provide any Stalking Horse Bidder(s) with a break-up fee of up to two percent (2%) of the guaranteed cash purchase price proposed in the Stalking Horse Bid, and (c) reimburse any Stalking Horse Bidder(s) for all reasonable and actual costs and expenses up to an amount equal to $300,000 incurred by such Stalking Horse Bidder(s) in connection with its bid; and (iii) granting certain related relief.

PLEASE TAKE FURTHER NOTICE that, following notice and a hearing, on September 10, 2010, the Bankruptcy Court entered its **Order (I) Approving Bidding Procedures in Connection With the Sale of Substantially All of the Debtors' Assets, (II) Authorizing Entry Into Stalking Horse Agreements and Approving Stalking Horse Protections, (III) Approving Procedures Related to the Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Scheduling Auction and Sale Approval Hearing, (V) Approving the Form and Manner of the Sale Notice, and (VI) Granting Certain Related Relief** [D.I. 149] (the "Bidding Procedures Order").  Pursuant to the Bidding Procedures Order, the Bankruptcy Court, among other things, (i) approved the Bidding Procedures; and (ii) scheduled the date of the hearing to consider approval of the proposed sale of the Assets for December 22, 2010 at 9:30 a.m. (Eastern Standard Time).

RLF1 3688016v. 1

PLEASE TAKE FURTHER NOTICE that, as contemplated by the Bidding Procedures and Bidding Procedures Order, on November 23, 2010, the Debtors filed the form *Asset Purchase Agreement* [D.I. 350] (the "Form APA") with the Bankruptcy Court. The exhibits to the Form APA were listed as "to come."

PLEASE TAKE FURTHER NOTICE that, Exhibit A to the Form APA is a copy of the Bidding Procedures as approved by the Bankruptcy Court. See D.I. 149, Ex. 1. The form of Exhibit B with respect to the Form APA was filed with the Bankruptcy Court on November 17, 2010. See D.I. 326, Ex. 1.

PLEASE TAKE FURTHER NOTICE that, today, the Debtors have filed with the Bankruptcy Court the form of Exhibits C, D, E, F and G with respect to the Form APA (collectively, the "Exhibits"). Copies of the Exhibits are collectively attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that, the Debtors hereby expressly incorporate the Exhibits into the Form APA as if set forth therein in full.

PLEASE TAKE FURTHER NOTICE that, copies of the Exhibits in Word format are available by contacting the Debtors' undersigned counsel.

Dated: December 8, 2010
      Wilmington, Delaware

          */s/ Jason M. Madron*
          Mark D. Collins (No. 2981)
          Jason M. Madron (No. 4431)
          RICHARDS, LAYTON & FINGER, P.A.
          One Rodney Square
          920 North King Street
          Wilmington, Delaware 19801
          Telephone: (302) 651-7700
          Facsimile: (302) 651-7701

          - and -

3

RLF1 3688016v. 1

John J. Rapisardi  
George A. Davis  
Zachary H. Smith  
CADWALADER, WICKERSHAM & TAFT LLP  
One World Financial Center  
New York, New York 10281  
Telephone: (212) 504-6000  
Facsimile: (212) 504-6666  

*Co-Attorneys for Debtors*  
*and Debtors in Possession*