IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| Caribbean Petroleum Corp. | ) | Case No.10-12553 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE AND CERTIFICATION BY GOVERNMENT COUNSEL
## PURSUANT TO BANKRUPTCY LOCAL RULE 9010

The United States of America, through the Environmental Protection Agency, hereby

notices, through undersigned counsel, the appearance of David L. Gordon. This appearance does

not displace or amend any other entries of appearance on behalf of the United States.

In support of this motion, Mr. Gordon avers that he is a member in good standing of the

bar and eligible to practice in the courts of the Massachusetts (admitted 1997). He also has

practiced in numerous federal courts in connection with her representation of the United States

through the Department of Justice.

Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned also requests that an entry

be made on the Clerk's Matrix System and that all notices, given or required to be given and all

documents, served or required to be served, in this case be given to and served upon:

        David L. Gordon
        Trial Attorney
        Department of Justice
        Environmental & Natural Resources Division
        Environmental Enforcement Section
        (202) 514-3659 telephone
        (202) 616-2427 facsimile

if by regular mail to:

David L. Gordon
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-3659
Facsimile: (202) 616-2427

if by express delivery or courier to:

David L. Gordon
Patrick Henry Building
601 D Street, NW - 6th Floor
Room 6923
Washington, D.C. 20004.

      Pursuant to Local Rule 9010-1(e)(i) of the Bankruptcy Court for the District of Delaware,

I certify that I am eligible for admission to this Court; am admitted, practicing and in good

standing as a member of the Bar of the State of Massachusetts and the United States District

Court, District of Massachusetts; and submit to the disciplinary jurisdiction of this Court for any

alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am

generally familiar with this Court's Local Rules.


Dated: December 16, 2010               Respectfully submitted,


                          /s/ David L. Gordon
                         DAVID L. GORDON
                         U.S. Department of Justice
                         Environmental & Natural Resources Div.
                         Environmental Enforcement Section
                         P.O. Box 7611
                         Ben Franklin Station
                         Washington, DC 20044-7611
                         Telephone: (202) 514-3659
                         Facsimile: (202) 616-2427
                         David.L.Gordon@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on December 16, 2010, by electronic service through the Court's Electronic Case Filing ("ECF") system.

/s/ David L. Gordon
DAVID L. GORDON