# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **CARIBBEAN PETROLEUM CORP., et al.,** | ) Case No. 10-12553 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Stefanie C. Gardella, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On December 16, 2010, at my direction and under my supervision, employees of KCC caused to be served the following document via Facsimile upon the service list attached hereto as **Exhibit A** and via Overnight Mail upon the service list attached hereto as **Exhibit B**:

- Notice of Telephonic Hearing in Connection with "Motion to Reconsider Pursuant to Rule 9023 of the Federal Rules of Bankruptcy Procedure the Court's Order Authorizing Conditional Rejection of Certain Franchise Agreements" [Docket No. 463]

Furthermore, on December 16, 2010, at my direction and under my supervision, employees of KCC caused to be served the following document via Facsimile upon the service list attached hereto as **Exhibit C** and via Overnight Mail upon the service list attached hereto as **Exhibit D**:

- Notice of Agenda of Matters Scheduled for Telephonic Hearing on December 20, 2010 at 10:00 a.m. [Docket No. 466]

Dated: December 17, 2010

Stefanie C. Gardella

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 17th day of December, 2010, by Stefanie C. Gardella, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____



MICHELLE CRUZ
Commission # 1875517
Notary Public - California
Los Angeles County
My Comm. Expires Jan 2, 2014

# EXHIBIT A

| NAME | NOTICE NAME | FAX | STATUS |
|---|---|---|---|
| Aldarondo & Lopez Bras | Ivan M Castro Ortiz | 787-474-5451 | Failed |
| Anderson Mulholland & Associates | Ellen Ivens | 914-251-1286 | Successful |
| Banco Popular | Sr Eliz Sepulveda | 212-417-6939 | Successful |
| Carlos E Montanez Alvarado | | 787-268-3035 | Failed |
| Carroll Warren & Parker | R Douglas Morgan | 601-592-6060 | Successful |
| Dorsey & Whitney LLP | Eric Lopez Schnabel | 646-514-9843 | Successful |
| Environmental Quality Board | Hector R Diaz Gonzalez | 787-766-1623 | Failed |
| First Bank | Sr Nelson González | 787-729-8127 | Failed |
| Greenberg Traurig | Scott D Cousins & Matthew L Hinker | 302-661-7360 | Successful |
| Jesus F Trillas Case | Jose Hernandez Mayoral | 787-722-7786 | Failed |
| Kirkland & Ellis LLP | Leonard Klingbaum & Joshua Sussberg | 212-446-6460 | Successful |
| Landis Rath & Cobb LLP | Adam G Landis & William E Chipman Jr | 302-467-4450 | Successful |
| Landron & Vera LLP | Eduardo Vara | 787-774-8181 | Failed |
| Latimer Biaggi Rachid & Godreau LLP | F David Godreau Zayas & Rafael Gonzalez Valiente | 787-724-9171 | Failed |
| Law Offices of Juan A Santos Berrios PSC | Juan A Santos Berrios | 787-285-8358 | Failed |
| Mitchell McNutt and Sams | D Andrew Phillips & Rosamond Hawkins Posey | 662-234-9071 | Successful |
| Morrison & Foerster LLP | Lorenzo Marinuzzi Larren M Nachelsky Todd M Goren | 212-468-7900 | Failed |
| Murphy & Landon | Francis J Murphy | 302-472-8135 | Successful |
| National Response Corp | Christopher J Ward | 631-224-9082 | Successful |
| Office of the United States Trustee | David Klauder | 302-573-6497 | Successful |
| PDCM Associates SE | Israel Koppel | 787-641-8299 | Failed |
| Pension Benefit Guaranty Corp | C Wayne Owen | 202-326-4112 | Failed |
| Pension Benefit Guaranty Corporation | | 202-346-4112 | Failed |
| Pepper Hamilton | David B Stratton Evelyn J Meltzer Michael J Custer | 302-421-8390 | Successful |
| Ronald L Rosenbaum | | 787-272-9248 | Failed |
| Saul Ewing LLP | Mark Minuti & Lucian B Murley | 302-421-5864 | Successful |
| Saul Ewing LLP | Mark Minuti & Lucian B Murley | 302-421-5873 | Successful |
| Securities & Exchange Commission | | 212-336-1319 | Successful |
| Sepulvado & Maldonado PSC | Lee R Supulvado Ramos & Jorge A Galiber Sanchez | 787-294-0073 | Failed |
| Skadden Arps Slate Meagher & Flom LLP | Peter J Neckles & Alexandra Margolis | 212-735-2000 | Failed |
| Skadden Arps Slate Meagher & Flom LLP | Mark Chehi & Sarah E Pierce | 302-651-3001 | Successful |
| Squire Sanders & Dempsey LLP | Stephen D Lerner & Scott A Kane | 513-361-1201 | Successful |
| Stutman Treister & Glatt | Jeffrey C Krause & Margreta M Morgulas | 310-228-5788 | Successful |
| US Attorney's Office | Ellen W Slights | 302-573-6220 | Successful |
| US Department of Justice | David L Gordon & Ruben Gomez | 202-616-2427 | Successful |
| US Department of Justice | US Attorney General | 202-307-6777 | Successful |
| Young Conaway Stargatt & Taylor LLP | Michael R Nestor | 302-571-1253 | Successful |

# EXHIBIT B

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Aldarondo & Lopez Bras | Ivan M Castro Ortiz | Alb Plaza | #16 Carr 199 Ste 400 | Guaynabo | PR | 00969 | |
| Banco Popular | | PO Box 362780 | | San Juan | PR | 00936-2708 | |
| Carlos E Montanez Alvarado | | PO Box 362555 | | San Juan | PR | 00936 | |
| Environmental Quality Board | Hector R Diaz Gonzalez | Ave Ponce de Leon 1375 | | San Juan | PR | 00925-2604 | |
| First Bank | | 1519 Ponce De Leon Ave | | San Juan | PR | 00908-0146 | |
| First Bank | Sr Nelson González | PO Box 9146 | | San Juan | PR | 00908-0146 | |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plaza Room 1150 | | Baltimore | MD | 21201 | |
| Jesus F Trillas Case | Jose Hernandez Mayoral | 206 Tetuan Ste 702 | | San Juan | PR | 00901 | |
| Landron & Vera LLP | Eduardo Vara | Torre I Ste 203-204 | | Guaynabo | PR | 00968-8048 | |
| Latimer Biaggi Rachid & Godreau LLP | F David Godreau Zayas & Rafael Gonzalez Valiente | FirstBank Bldg Stop 23 Ste 1205 | 1519 Ponce de Leon Ave | Santurce | PR | 00909 | |
| Law Offices of Juan A Santos Berrios PSC | Juan A Santos Berrios | PO Box 9102 | | Humaco | PR | 00792-9102 | |
| Lexel Corporation | | 117 Gloucester Place | | London | | W1U6JU | UK |
| Morrison & Foerster LLP | Lorenzo Marinuzzi Larren M Nachelsky Todd M Goren | 1290 Avenue of the Americas | | New York | NY | 10104-0050 | |
| PDCM Associates SE | Israel Koppel | PO Box 190858 | | San Juan | PR | 00919-0858 | |
| Pension Benefit Guaranty Corp | C Wayne Owen | Office of the Chief Counsel | 1200 K St NW | Washington | DC | 20005-4026 | |
| Pension Benefit Guaranty Corporation | | 1200 K St NW | | Washington | DC | 20005-4026 | |
| Ronald L Rosenbaum | | E-8 Calle D | Urb Torremolinos Este | Guaynabo | PR | 00969-3729 | |
| Sepulvado & Maldonado PSC | Lee R Supulvado Ramos & Jorge A Galiber Sanchez | Citibank Tower 19th Fl | 252 Ave Ponce De Leon | San Juan | PR | 00918 | |
| Skadden Arps Slate Meagher & Flom LLP | Peter J Neckles & Alexandra Margolis | Four Times Square | | New York | NY | 10036-6522 | |
| The Rosner Law Group LLC | Frederick B Rosner & Brian L Arban | 1000 N West St Ste 1200 | | Wilmington | DE | 19801 | |
| US Environmental Protection Agency | | Ariel Rios Building | 1200 Pennsylvania Ave NW | Washington | DC | 20460 | |

In re Caribbean Petroleum Corp., et al.
Case No. 10-12553 (KG)

Page 1 of 1

12/16/2010

# EXHIBIT C

**Exhibit C**

| NAME | NOTICE NAME | FAX | STATUS |
|---|---|---|---|
| Aldarondo & Lopez Bras | Ivan M Castro Ortiz | 787-474-5451 | Failed |
| Anderson Mulholland & Associates | Ellen Ivens | 914-251-1286 | Successful |
| Banco Popular | Sr Eliz Sepulveda | 212-417-6939 | Successful |
| Carlos E Montanez Alvarado | | 787-268-3035 | Failed |
| Carroll Warren & Parker | R Douglas Morgan | 601-592-6060 | Successful |
| Dorsey & Whitney LLP | Eric Lopez Schnabel | 646-514-9843 | Successful |
| Environmental Quality Board | Hector R Diaz Gonzalez | 787-766-1623 | Failed |
| First Bank | Sr Nelson González | 787-729-8127 | Failed |
| Greenberg Traurig | Scott D Cousins & Matthew L Hinker | 302-661-7360 | Successful |
| Jesus F Trillas Case | Jose Hernandez Mayoral | 787-722-7786 | Failed |
| Kirkland & Ellis LLP | Leonard Klingbaum & Joshua Sussberg | 212-446-6460 | Successful |
| Landis Rath & Cobb LLP | Adam G Landis & William E Chipman Jr | 302-467-4450 | Successful |
| Landron & Vera LLP | Eduardo Vara | 787-774-8181 | Failed |
| Latimer Biaggi Rachid & Godreau LLP | F David Godreau Zayas & Rafael Gonzalez Valiente | 787-724-9171 | Failed |
| Law Offices of Juan A Santos Berrios PSC | Juan A Santos Berrios | 787-285-8358 | Failed |
| Mitchell McNutt and Sams | D Andrew Phillips & Rosamond Hawkins Posey | 662-234-9071 | Successful |
| Morrison & Foerster LLP | Lorenzo Marinuzzi Larren M Nachelsky Todd M Goren | 212-468-7900 | Failed |
| Murphy & Landon | Francis J Murphy | 302-472-8135 | Successful |
| National Response Corp | Christopher J Ward | 631-224-9082 | Successful |
| Office of the United States Trustee | David Klauder | 302-573-6497 | Successful |
| PDCM Associates SE | Israel Koppel | 787-641-8299 | Failed |
| Pension Benefit Guaranty Corp | C Wayne Owen | 202-326-4112 | Successful |
| Pension Benefit Guaranty Corporation | | 202-346-4112 | Failed |
| Pepper Hamilton | David B Stratton Evelyn J Meltzer Michael J Custer | 302-421-8390 | Successful |
| Ronald L Rosenbaum | | 787-272-9248 | Failed |
| Saul Ewing LLP | Mark Minuti & Lucian B Murley | 302-421-5873 | Failed |
| Saul Ewing LLP | Mark Minuti & Lucian B Murley | 302-421-5864 | Successful |
| Securities & Exchange Commission | | 212-336-1319 | Successful |
| Sepulvado & Maldonado PSC | Lee R Supulvado Ramos & Jorge A Galiber Sanchez | 787-294-0073 | Failed |
| Skadden Arps Slate Meagher & Flom LLP | Mark Chehi & Sarah E Pierce | 302-651-3001 | Failed |
| Skadden Arps Slate Meagher & Flom LLP | Peter J Neckles & Alexandra Margolis | 212-735-2000 | Successful |
| Squire Sanders & Dempsey LLP | Stephen D Lerner & Scott A Kane | 513-361-1201 | Successful |
| Stutman Treister & Glatt | Jeffrey C Krause & Margreta M Morgulas | 310-228-5788 | Successful |
| US Attorney's Office | Ellen W Slights | 302-573-6220 | Successful |
| US Department of Justice | David L Gordon & Ruben Gomez | 202-616-2427 | Successful |
| US Department of Justice | US Attorney General | 202-307-6777 | Successful |
| Young Conaway Stargatt & Taylor LLP | Michael R Nestor | 302-571-1253 | Successful |

# EXHIBIT D

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Aldarondo & Lopez Bras | Ivan M Castro Ortiz | Alb Plaza | #16 Carr 199 Ste 400 | Guaynabo | PR | 00969 | |
| Banco Popular | | PO Box 362780 | | San Juan | PR | 00936-2708 | |
| Carlos E Montanez Alvarado | | PO Box 362555 | | San Juan | PR | 00936 | |
| Environmental Quality Board | Hector R Diaz Gonzalez | Ave Ponce de Leon 1375 | | San Juan | PR | 00925-2604 | |
| First Bank | Sr Nelson González | PO Box 9146 | | San Juan | PR | 00908-0146 | |
| First Bank | | 1519 Ponce De Leon Ave | | San Juan | PR | 00908-0146 | |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plaza Room 1150 | | Baltimore | MD | 21201 | |
| Jesus F Trillas Case | Jose Hernandez Mayoral | 206 Tetuan Ste 702 | | San Juan | PR | 00901 | |
| Landron & Vera LLP | Eduardo Vara | Torre I Ste 203-204 | | Guaynabo | PR | 00968-8048 | |
| Latimer Biaggi Rachid & Godreau LLP | F David Godreau Zayas & Rafael Gonzalez Valiente | FirstBank Bldg Stop 23 Ste 1205 | 1519 Ponce de Leon Ave | Santurce | PR | 00909 | |
| Law Offices of Juan A Santos Berrios PSC | Juan A Santos Berrios | PO Box 9102 | | Humaco | PR | 00792-9102 | |
| Lexel Corporation | | 117 Gloucester Place | | London | | W1U6JU | UK |
| Morrison & Foerster LLP | Lorenzo Marinuzzi Larren M Nachelsky Todd M Goren | 1290 Avenue of the Americas | | New York | NY | 10104-0050 | |
| PDCM Associates SE | Israel Koppel | PO Box 190858 | | San Juan | PR | 00919-0858 | |
| Pension Benefit Guaranty Corporation | | 1200 K St NW | | Washington | DC | 20005-4026 | |
| Ronald L Rosenbaum | | E-8 Calle D | Urb Torremolinos Este | Guaynabo | PR | 00969-3729 | |
| Sepulvado & Maldonado PSC | Lee R Supulvado Ramos & Jorge A Galiber Sanchez | Citibank Tower 19th Fl | 252 Ave Ponce De Leon | San Juan | PR | 00918 | |
| Skadden Arps Slate Meagher & Flom LLP | Mark Chehi & Sarah E Pierce | One Rodney Square | PO Box 636 | Wilmington | DE | 19899 | |
| The Rosner Law Group LLC | Frederick B Rosner & Brian L Arban | 1000 N West St Ste 1200 | | Wilmington | DE | 19801 | |
| US Environmental Protection Agency | | Ariel Rios Building | 1200 Pennsylvania Ave NW | Washington | DC | 20460 | |

In re Caribbean Petroleum Corp., et al.
Case No. 10-12553 (KG)

Page 1 of 1

12/16/2010