**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CARIBBEAN PETROLEUM CORP., et al.,[1] | : | Case No. 10-12553 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |

------------------------------------------------------------------------x

### NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR *TELEPHONIC* HEARING ON DECEMBER 20, 2010 AT 2:00 P.M. (EST)[3]

**I.  CONTESTED MATTER GOING FORWARD:**

1.  Motion to Reconsider Pursuant to Rule 9023 of the Federal Rules of Bankruptcy Procedure the Court's Order Authorizing Conditional Rejection of Certain Franchise Agreements [Docket No. 435 - filed December 10, 2010]

    <u>Objection / Response Deadline</u>:   December 20, 2010 at 10:00 a.m. (Eastern Standard Time)

    <u>Related Documents</u>:

    A.  Motion of Debtors Pursuant to Sections 105 and 365 of the Bankruptcy Code and Rule 6006 and 9014 of the Federal Rules of Bankruptcy Procedure for Entry of an Order Authorizing Conditional Rejection of Certain Franchise Agreements [Docket No. 288 - filed November 9, 2010]

    B.  Objection to Debtor Motion for Entry of an Order Authorizing Conditional Rejection of Certain Franchise Agreements [Docket No. 321 - filed November 17, 2010]

---

[1] The Debtors in these chapter 11 cases (along with the last four digits of each Debtor's federal tax identification number) are: Caribbean Petroleum Corporation (7836), Caribbean Petroleum Refining L.P. (1421), and Gulf Petroleum Refining (Puerto Rico) Corporation (1417). The service address for all Debtors is: PO Box 361988, San Juan, Puerto Rico 00936.

[2] **Further amended items appear in bold.**

[3] The hearing will be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. Any party who wishes to appear at the December 20, 2010 <u>telephonic only</u> hearing must contact COURTCALL, LLC at 866-582-6878 prior to 9:00 a.m. (Eastern Standard Time) on Monday, December 20, 2010 notwithstanding any contrary deadline set forth in the *Instructions for Telephonic Appearances Effective April 5, 2005, Revised April 27,* 2009.

C. Motion Requesting Withdrawal of Reference [Docket No. 322 - filed November 17, 2010]

D. Emergency Motion Requesting Stay of Proceedings Related to Docket No. 288 Pursuant to Bankruptcy Rule 5011(c) And/Or In Request for Extension of Time to Object [Docket No. 323 - filed November 17, 2010]

E. Respondent's Motion for Determination that Debtors' Request for Conditional Rejection of Certain Franchise Agreements [Docket No. 288] is a Non-Core Proceeding [Docket No. 327 - filed November 18, 2010]

F. Motion for Telephonic Hearing on Shortened Notice with Respect to Emergency Motion Requesting Stay of Proceedings and to Request Extension of Time to Object to the Motion of Debtors Pursuant to Sections 105 and 365 of the Bankruptcy Code and Rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure for Entry of an Order Authorizing Conditional Rejection of Certain Franchise Agreements and Hearing Thereon [Docket No. 332 - filed November 18, 2010]

G. Certification of Counsel Regarding Revised Order Scheduling Telephonic Hearing on Shortened Notice With Respect to Emergency Motion Requesting Stay of Proceedings and to Request Extension of Time to Object to the Motion of Debtors Pursuant to Sections 105 and 365 of the Bankruptcy Code and Rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure for Entry of an Order Authorizing Conditional Rejection of Certain Franchise Agreements and Hearing Thereon [Docket No. 333 - filed November 19, 2010]

H. Joint Opposition to Motion Seeking Conditional Rejection of Executory Contracts [Docket No. 335 - filed November 19, 2010]

I. Order Scheduling Telephonic Hearing on Shortened Notice With Respect to Emergency Motion Requesting Stay of Proceedings and to Request Extension of Time to Object to the Motion of Debtors Pursuant to Sections 105 and 365 of the Bankruptcy Code and Rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure for Entry of an Order Authorizing Conditional Rejection of Certain Franchise Agreements and Hearing Thereon [Docket No. 336 - filed November 19, 2010]

J. San German Gulf Inc.'s and Mark Terzikhan's Objection to Debtors' Motion for Entry of an Order Authorizing Conditional Rejection of Certain Franchise Agreements [Docket No. 337 - filed November 19, 2010]

K. Objection of Debtors to Emergency Motion Requesting Stay of Proceedings Related to Docket No. 288 Pursuant to Bankruptcy Rule 5011(c) and/or in Request for Extension to Object [Docket No. 339 - filed November 21, 2010]

L.  Joinder of Santa Paula Oil Corp., Gulf Plaza, Inc., Sami Abraham, Inc., Abraham Petroleum, Inc., Miguel Cotto, Alomac Distributions, Inc., Alomac Properties and Realty, Inc., Villa Turabo Service Station, Inc., Hato Gas Service Stations, Inc., Expresso Gas Service Station, Inc., MACV, Inc., La Sierra Service Station, Inc., Villa Del Carmen Service Station, Inc., Macc Gasolineras Turabo, Inc. to (1) Motion Requesting Withdrawal of Reference; (2) Emergency Motion Requesting Stay of Proceedings Related to Docket No. 288 Pursuant to Bankruptcy rule 5011(C) and/or In Request for Extension of Time to Object; (3) Respondent's Motion for Determination that Debtors' Request for Conditional Rejection of Certain Franchise Agreements [Docket No. 288] is a Non-Core Proceeding [Docket No. 366 - filed November 24, 2010]

M.  Memorandum Order [Docket No. 368 - filed November 26, 2010]

N.  Omnibus Reply of Debtors to Objections to Motion of Debtors Pursuant to Sections 105 and 365 of the Bankruptcy Code and Rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure for Entry of an Order Authorizing Conditional Rejection of Certain Franchise Agreements [Docket No. 369 - filed November 26, 2010]

O.  Declaration of Roy Messing in Support of the Omnibus Reply of Debtors to Objections to Motion of Debtors Pursuant to Sections 105 and 365 of the Bankruptcy Code and Rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure for Entry of an Order Authorizing Conditional Rejection of Certain Franchise Agreements [Docket No. 370 - filed November 26, 2010]

P.  Stipulated Briefing Schedule and Order [Docket No. 393 - filed December 1, 2010]

Q.  Order Authorizing Conditional Rejection of Certain Franchise Agreements [Docket No. 399 - filed December 2, 2010]

R.  Amended Motion Requesting Withdrawal of Reference [Docket No. 401 - filed December 3, 2010]

S.  Joinder of Santa Paula Oil Corp., Gulf Plaza, Inc., Sami Abraham, Inc., Abraham Petroleum, Inc., Miguel Cotto, Alomac Distributions, Inc., Alomac Properties and Realty, Inc., Villa Turabo Service Station, Inc., Hato Gas Service Stations, Inc., Expresso Gas Service Station, Inc., MAC V Inc., Macc Gasolineras Turabo, Inc., to Amended Motion Requesting Withdrawal of Reference [Docket No. 402 - filed December 3, 2010]

T.  Objection of Debtors to Motion Requesting Withdrawal of the Reference [Docket No. 403 - filed December 3, 2010]

U. Motion to Submit Several Exhibits Related to the December 1, 2010 Hearing on Debtors' Motion to Conditionally Reject Certain Franchise Agreements [Docket No. 434 - filed December 10, 2010]

V. Motion for Telephonic Hearing on Shortened Notice with Respect to Motion to Reconsider Pursuant to Rule 9023 of the Federal Rules of Bankruptcy Procedure the Court's Order Authorizing Conditional Rejection of Certain Franchise Agreements and Hearing Thereon [Docket No. 456- filed December 15, 2010]

W. Order Scheduling Telephonic Hearing on Shortened Notice with Respect to Motion to Reconsider Pursuant to Rule 9023 of the Federal Rules of Bankruptcy Procedure the Court's Order Authorizing Conditional Rejection of Certain Franchise Agreements and Hearing Thereon [Docket No. 462 - filed December 16, 2010]

X. Notice of Telephonic Hearing in Connection with "Motion to Reconsider Pursuant to Rule 9023 of the Federal Rules of Bankruptcy Procedure the Court's Order Authorizing Conditional Rejection of Certain Franchise Agreements"[Docket No. 435] [Docket No. 463 - filed December 16, 2010]

Y. **Declaration of Peter Friedman in Support of Debtors' Objection to Motion for Reconsideration of Court's Order Authorizing Conditional Rejection of Certain Franchise Agreements [Docket No. 474 - filed December 19, 2010]**

Z. **Declaration of Stephen Hammond in Support of Debtors' Objection to Motion for Reconsideration of Court's Order Authorizing Conditional Rejection of Certain Franchise Agreements [Docket No. 475 - filed December 19, 2010]**

Objections / Responses Received:

i. **Objection of Debtors to Motion for Reconsideration of Court's Order Authorizing Conditional Rejection of Certain Franchise Agreements [Docket No. 473 - filed December 19, 2010]**

Status: The telephonic hearing on this matter will go forward on a contested basis.

Dated: December 1**9**, 2010
       Wilmington, Delaware

          */s/ Jason M. Madron*
Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

John J. Rapisardi
George A. Davis
Peter Friedman
Zachary H. Smith
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

*Co-Attorneys for Debtors
and Debtors in Possession*