# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Caribbean Petroleum Corporation

**Case No.:** 10–12553–KG

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that El Meson de Felipe, Inc. filed a Notice of Appeal on 12/16/2010 regarding the Order authorizing conditional rejection of certain franchise agreements.

The Notice of Appeal may be viewed at docket number 464. The order on appeal may be viewed at docket number 399.

David D. Bird
CLERK OF COURT

Date: 12/17/10
(VAN–440)

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Dec 19, 2010.

```
db          +Caribbean Petroleum Corporation,   PO Box 361988,    San Juan, PR 00936-1988
aty         +Adam G. Landis,    Landis Rath & Cobb LLP,    919 Market Street,    Suite 1800,
              Wilmington, DE 19801-3033
aty         +Adam Hiller,    Pinckney, Harris & Weidinger, LLC,    1220 N. Market Street,    Suite 950,
              Wilmington, DE 19801-2537
aty          Alexandra Margolis,    Skadden, Arps, Slate, Meagher & Flom LLP,    Four Times Square,
              New York, NY 10036-6522
aty         +Audrey J. Aden,    Cadwalader, Wickersham & Taft LLP,    One World Financial Center,
              New York, NY 10281-1003
aty         +Brian L. Arban,    Messana Rosner & Stern LLP,    1000 N. West Street,    Suite 1200,
              Wilmington, DE 19801-1058
aty         +Charles A. Cuprill,    Charles A. Cuprill, P.S.C. Law Offices,    356 Fortaleza St, Second Fl.,
              San Juan, PR 00901-1717,    PUERTO RICO
aty         +Christopher Updike,    Cadwalader Wickersham & Taft LLP,    One World Financial Center,
              New York, NY 10281-1003
aty          Curtis W. Owen,    Pension Benefit Guaranty Corp.,    1200 K Street, N.W.,    Suite 340,
              Washington, DC 20005-4026
aty         +D. Andrew Phillips,    Mitchell, McNutt & Sams, P.A.,    1216 Van Buren,    Oxford, MS 38655-4065
aty          David B Stratton,    Pepper Hamilton LLP,    Hercules Plaza, Suite 5100,    1313 Market Street,
              P.O. Box 1709,    Wilmington, DE 19899-1709
aty          David L. Gordon,    U.S. Dept of Justice, Environmental Enfo,    Patrick Henry Building,
              601 D Street, NW,    Washington, DC 20004
aty         +David W. Carickhoff,    Blank Rome LLP,    1201 Market Street, Suite 800,
              Wilmington, DE 19801-1807
aty         +Donna L. Harris,    Pinckney, Harris & Weidinger, LLC,    1220 N. Market Street,    Suite 950,
              Wilmington, DE 19801-2537
aty         +Dorsey & Whitney (Delaware) LLP,    300 Delaware Avenue,    Suite 1010,    Wilmington, DE 19801-1671
aty         +Eric Lopez Schnabel,    Dorsey & Whitney (Delaware) LLP,    300 Delaware Avenue,    Suite 1010,
              Wilmington, DE 19801-1671
aty         +Evelyn J. Meltzer,    Pepper Hamilton LLP,    Hercules Plaza,    Suite 5100, 1313 N. Market Street,
              PO Box 1709,    Wilmington, DE 19899-1709
aty         +Evelyn J. Meltzer,    Pepper Hamilton LLP,    Hercules Plaza,    Suite 5100, 1313 N. Market Street,
              Wilmington, DE 19801-6111
aty         +F. David Godreau Zayas,    Firstbank Building,    Stop 23, Suite 1205,    1519 Ponce de Leon Avenue,
              Santurce, PR 00909-1732,    PUERTO RICO
aty         +F. David Godreau-Zayas,    Latimer, Biaggi, Rachid & Godreau, LLP,
              FirstBank Building, Stop 23, Suite 1205,    1519 Ponce de Leon Avenue,    Santurce, PR 00909-1732
aty         +Francis J. Murphy,    Murphy & Landon,    1011 Centre Road, Suite 210,    Wilmington, DE 19805-1266
aty         +George A Davis,    Cadwalader, Wickersham & Taft LLP,    One World Financial Center,
              New York, NY 10281-1003
aty         +Ivan M. Castro Ortiz,    Aldarondo & Lopez Bras,    ALB Plaza,    #16 Carr. 199, Suite 400,
              Guaynabo, PR 00969-4712,    PUERTO RICO
aty          Jason M. Liberi,    Skadden, Arps, Slate, Meagher & Flom LLP,    One Rodney Square,    P.O. Box 636,
              Wilmington, DE 19899-0636
aty         +Jason M. Madron,    Richards, Layton & Finger, P.A.,    One Rodney Square,    P.O. Box 551,
              Wilmington, DE 19899-0551
aty         +Jason M. Madron,    Richards, Layton & Finger, LLP,    One Rodney Square,    P.O. Box 551,
              Wilmington, DE 19899-0551
aty         +Jeffrey C. Krause,    Stutman, Treister & Glatt,    1901 Avenue of the Stars, 12th Floor,
              Los Angeles, CA 90067-6001
aty         +Jorge A. Galiber-Sanchez,    Sepulvado & Maldonado, PSC,    Citibank Tower 19th Floor,
              252 Ave. Ponce De Leon,    San Juan, PR 00918-2001,    PUERTO RICO
aty         +Joshua A Sussberg,    Kirkland & Ellis LLP,    601 Lexington Avenue,    New York, NY 10022-4643
aty         +Juan A. Cuyar Cobb,    Fernandez, Collins & Rivero-Vergne,    PO Box 9023905,
              San Juan, PR 00902-3905
aty          Juan A. Santos Berrios,    Law Offices of Juan A Santos Berrios PSC,    P.O. Box 9102,
              Humacao, PR 00792-9102,    PUERTO RICO
aty         +Larren M. Nashelsky,    Morrison & Foerster LLP,    1290 Avenue of the Americas,
              New York, NY 10104-0050
aty         +Lee R. Sepulvado-Ramos,    Sepulvado & Maldonado, PSC,    Citbank Tower 19th Floor,
              252 Ave. Ponce De Leon,    San Juan, PR 00918-2001,    PUERTO RICO
aty         +Leonard Klingbaum,    Kirkland & Ellis LLP,    601 Lexington Avenue,    New York, NY 10022-4643
aty         +Lorenzo Marinuzzi,    Morrison & Foerster LLP,    1290 Avenue of the Americas,
              New York, NY 10104-0050
aty         +Lucian Borders Murley,    Saul Ewing LLP,    222 Delaware Avenue,    Suite 1200,    P.O. Box 1266,
              Wilmington, DE 19899-1266
aty         +Margreta M. Morgulas,    Stutman, Treister & Glatt,    1901 Avenue of the Stars, 12th Floor,
              Los Angeles, CA 90067-6001
aty         +Mark D. Collins,    Richards Layton & Finger,    One Rodney Square,    PO Box 551,
              Wilmington, DE 19899-0551
aty         +Mark Minuti,    Saul Ewing LLP,    222 Delaware Ave, Suite 1200,    P.O. Box 1266,
              Wilmington, DE 19899-1266
aty          Mark S. Chehi,    Skadden Arps Slate Meagher & Flom LLP,    One Rodney Square, P.O. Box 636,
              Wilmington, DE 19899-0636
aty         +Matthew L. Hinker,    Greenberg Traurig, LLP,    The Nemours Building,    1007 North Orange Street,
              Suite 1200,    Wilmington, DE 19801-1236
aty         +Michael Joseph Custer,    Pepper Hamilton LLP,    Hercules Plaza, Suite 5100,    1313 Market Street,
              P.O. Box 1709,    Wilmington, DE 19899-1709
aty         +Michael R. Nestor,    Young Conaway Stargatt & Taylor,    The Brandywine Bldg.,
              1000 West Street, 17th Floor,    PO Box 391,    Wilmington, DE 19899-0391
aty          Migda L. Rodriguez Collazo,    Department of Justice,    P O Box 9020192,
              San Juan, PR 00902-0192
```

```
District/off: 0311-1           User: BarbG                  Page 2 of 2                  Date Rcvd: Dec 17, 2010
Case: 10-12553                 Form ID: van440              Total Noticed: 64
```

```
aty            Peter J. Neckles,    Skadden, Arps, SLate, Meagher & Flom LLP,    Four Times Square,
                  New York, NY   10036-6522
aty           +R. Douglas Morgan,    Carroll, Warren & Parker,    P.O. Box 1005,    Jackson, MS 39215-1005
aty           +Rafael A. Gonzalez-Valiente,    Firstbank Building,    Stop 23, Suite 1205,
                  1519 Ponce de Leon Avenue,    Santurce, PR 00909-1732,    PUERTO RICO
aty           +Rafael Gonzalez-Valiente,    Latimer, Biaggi, Rachild & Godreau, LLP,
                  FirstBank Building, Stop 23, Suite 1205,    1519 Ponce de Leon Avenue,    Santurce, PR 00909-1732
aty            Renee L. Freimuth,    Morrison Foerster LLP,    1290 Avenue of the Americas,
                  New York, NY   10104-0050
aty           +Rosamond Hawkins Posey,    Mitchell McNutt and Sams,    1216 Van Buren,    Oxford, MS 38655-4065
aty            Ruben D. Gomez,    US Dept of Justice - (Environmental),    PO Box 7611,
                  Washington, DC   20044-7611
aty           +Sarah E. Pierce,    Skadden, Arps, Slate, Meagher & Flom LLP,    One Rodney Square,    P.O. Box 636,
                  Wilmington, DE 19899-0636
aty            Scott A. Kane,    Squire, Sanders & Dempsey L.L.P,    221 E. Fourth St., Suite 2900,
                  Cincinnati, OH   45202-4095
aty           +Scott D. Cousins,    Greenberg Traurig LLP,    The Nemours Building,    1007 North Orange Street,
                  Suite 1200,    Wilmington, DE 19801-1236
aty           +Scott J. Leonhardt,    Nessanu Rosner & Stern LLP,    1000 N. West Street,    Suite 1200,
                  Wilmington, DE 19801-1058
aty           +Stephen D Lerner,    Squire, Sanders & Dempsey LLP,    221 E. Fourth Street,    Suite 2900,
                  Cincinnati, OH 45202-4095
aty           +Todd M. Goren,    Morrison & Foerster LLP,    1290 Avenue of the Americas,
                  New York, NY   10104-0050
aty           +Travis A. McRoberts,    Richards, Layton & Finger, P.A.,    920 North King Street,
                  Wilmington, DE 19801-3361
aty           +United States Department of Justice (on behalf of,    Environmental Enforcement Section,
                  P.O. Box 7611,    Ben Franklin Station,    Washington, DC 20044-7611
aty           +William E. Chipman, Jr.,    Landis Rath & Cobb LLC,    919 North Market Street,    Suite 1800,
                  Wilmington, DE 19801-3033
aty           +Zachary H. Smith,    Cadwalader Wickersham & Taft LLP,    One World Financial Center,
                  New York, NY 10281-1003
ust           +United States Trustee,    844 King Street, Room 2207,    Lockbox #35,    Wilmington, DE 19801-3519
cr            +Municipality of Bayamon, Puerto Rico,    Aldarondo & Lopez Bras,    ALB Plaza,    #16 Carr.199,
                  Suite 400,    Guaynabo, PR 00969-4712
The following entities were noticed by electronic transmission on Dec 17, 2010.
cr             Fax: 202-326-4112 Dec 17 2010 19:52:13     Pension Benefit Guaranty Corporation,
                  Office of the Chief Counsel,    1200 K Street, N.W.,    Washington, DC   20005-4026
                                                                                                TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Cadwalader, Wickersham & Taft LLP
aty            Richards, Layton & Finger, P.A.
intp           Carmen J. Borilla-Rodriguez et al.
intp           Daniel Rodrigiez Triff and Zaida Beatriz Perez
cr             Mohamed Johar Johar
intp           Puerto Nuevo Development Corp./Jupiter Property Ma
intp           Ronald L. Rosenbaum
aty*          +Jason M. Madron,    Richards, Layton & Finger, P.A.,    One Rodney Square,    P.O. Box 551,
                  Wilmington, DE 19899-0551
aty*          +Michael Joseph Custer,    Pepper Hamilton LLp,    Hercules Plaza,    Suite 5100,
                  1313 Market Street, PO BOX 1709,    Wilmington, DE 19899-1709
                                                                                    TOTALS: 7, * 2, ## 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 19, 2010**          **Signature:**   *Joseph Speetjens*