IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
In re                                              :   Chapter 11
                                                   :
CARIBBEAN PETROLEUM CORP., et al.,[1]              :   Case No. 10-12553 (KG)
                                                   :
                Debtors.                           :   Jointly Administered
---------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     :  SS.
NEW CASTLE COUNTY    :

Janel R. Gates, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 15th day of December, 2010, she caused a copy of the following to be served upon the party on the attached list in the manner indicated:

- *Notice of Amendment to Items 2, 3(c) and 23 of Statement of Financial Affairs Filed by Debtor Caribbean Petroleum Corporation (Case No. 10-12553) [Docket. No. 449]*
- *Notice of Amendment to Items 3(c) and 23 of Statement of Financial Affairs Filed by Debtor Caribbean Petroleum Refining L.P. (Case No. 10-12554) [Docket. No. 450]*

Janel R. Gates, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this  16th  day of December, 2010

Notary Public
LESLEY A. MORRIS
Notary Public - State of Delaware
My Comm. Expires April 17, 2011

---

[1] The Debtors in these chapter 11 cases (along with the last four digits of each Debtor's federal tax identification number) are: Caribbean Petroleum Corporation (7836), Caribbean Petroleum Refining, L.P. (1421), and Gulf Petroleum Refining (Puerto Rico) Corporation (1417). The service address for all Debtors is: PO Box 361988, San Juan, Puerto Rico 00936.

RLF1 3710962v. 1

***Via Hand Delivery***

David Klauder
Office of the United States Trustee
844 North King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801

RLF1 3710962v. 1