IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x

In re : Chapter 11

CARIBBEAN PETROLEUM CORP., et al.,[1] : Case No. 10-12553 (KG)

Debtors. : Jointly Administered

Re: Docket Nos. 9, 53, 54, 127, 149, 152, 155, 161, 165, 205, 243, 256, 288, 293, 304, 312, 317, 326, 331, 343, 350, 360, 399, 400, 406, 411, 416, 417, 419, 425, 453

**DECLARATION OF ROBERT JONES IN SUPPORT OF ENTRY OF AN ORDER (1) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, (2) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION THEREWITH, AND (3) GRANTING CERTAIN RELATED RELIEF**

I, ROBERT JONES, make this declaration under 28 U.S.C. § 1746 and pursuant to Federal Rule of Bankruptcy Procedure 2014(a), under penalty of perjury, and state:

1. I submit this declaration in support of the motion filed in the above-captioned cases on August 13, 2010, as Docket No. 9, by Caribbean Petroleum Corporation, Caribbean Petroleum Refining L.P., and Gulf Petroleum Refining (Puerto Rico) Corporation (collectively, the "**Debtors**") seeking to sell substantially all of their assets free and clear of liens, claim, encumbrances, and other interests.

2. Pursuant to the bidding procedures approved by the Court on September 10, 2010, as Docket No. 149, Puma Energy International B.V. ("**Puma Energy**") submitted a bid for substantially all of the Debtors' assets. Following submission of its bid, Puma Energy was

---

[1] The Debtors in these chapter 11 cases (along with the last four digits of each Debtor's federal tax identification number) are: Caribbean Petroleum Corporation (7836), Caribbean Petroleum Refining L.P. (1421), and Gulf Petroleum Refining (Puerto Rico) Corporation (1417). The service address for all Debtors is: PO Box 361988, San Juan, Puerto Rico 00936.

DAL 78340814v3 1

informed by the Debtors that it was a qualified bidder and could participate at an auction for substantially all of the Debtors' assets.

3. On December 16-17, 2010, the Debtors conducted an auction for substantially all of their assets (the "**Auction**"). I attended and participated in the Auction on behalf of Puma Energy. At the Auction, Puma Energy was named as the winning bidder for substantially all of the Debtors' assets for a purchase price of $82 million, as set forth in the *Asset Purchase Agreement* entered into, subject to the Court's approval, by and among the Debtors and Puma Energy (the "**APA**") at the conclusion of the Auction on December 17, 2010.

4. I am over the age of 18 and competent to testify. I am the Head of Strategy and Investments for Puma Energy, a position which I have held since 2008. I am also a member of the executive committee of Puma Energy, which is responsible for the day-to-day operations of the company and reporting to the board of directors. I am authorized by Puma Energy to submit this Declaration.

5. My responsibilities include the development and execution of strategy and portfolio management for Puma Energy. More specifically, I am responsible for the execution and implementation of investment activity for Puma Energy on a global basis, including all valuation work, deal structuring, and deal negotiation.

6. Established in 1997, Puma Energy is one of world's largest independent global oil downstream companies, whose main activities include retail, wholesale, storage, supply, and distribution of petroleum products.

7. Puma Energy, who has been present in Central America and the Caribbean since its inception, has more than 30 operating subsidiaries located in 25 countries worldwide, employs approximately 1,500 employees, and owns and operates over 15 million barrels of

refined product storage and supplies in excess of 14 million barrels of product every year to its customers.

8. Based on its balance sheet and global operations, Puma Energy has the financial ability to close its proposed purchase of substantially all of the Debtors' assets as set forth in the APA and to provide "adequate assurance of future performance" to the parties whose contracts and/or leases are being assumed. In addition, Puma Energy has a commitment from its parent, Trafigura Beheer B.V. ("**Trafigura**"), to advance Puma Energy sufficient funds to close the sale.

9. Trafigura was established in 1993 and is currently one of the world's largest independent commodity trading companies. Trafigura is the third largest independent oil trader in the world, has gross revenues for 2010 of approximately $80 billion, and has access to approximately $25 billion in credit facilities. Included with Puma Energy's bid package was a letter from one of Trafigura's banks stating that Trafigura has in excess of $100 million on account.

10. Prior to the Auction, Puma Energy and its advisors reviewed various franchise agreements between one or more of the Debtors and various third parties and determined in its business judgment to not take assignment of such as part of the sale. The ability to reject the various franchise agreements was a material assumption by Puma Energy when determining the amount to bid for the Debtors' assets, and but for the ability to reject those agreements and not have the operators remain in possession, Puma Energy would have bid substantially less for the Debtors' assets.

11. Puma Energy has agreed to negotiate with the United States Environmental Protection Agency as provided in the APA.

12. Puma Energy has made the full deposit of $4.1 million as required by the APA and Puma Energy is ready, willing, and able to move forward to close on the sale.

13. After consultation with legal counsel, I believe that the terms of the proposed sale were proposed and negotiated, and that the proposed sale transaction has been entered into by the non-insider buyer, in good faith within the meaning of 11 U.S.C. § 363(m), at arm's-length bargaining positions, and without collusion.

14. I declare under penalty of perjury that the foregoing is true and correct.

Executed: December 21, 2010

_____
Robert Jones
Head of Strategy and Investments
Puma Energy International B.V.