IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| CARIBBEAN PETROLEUM CORP., *et al.*,[1] | Case No. 10-12553 (KG) |
| Debtors. | Joint Administration Pending |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Clifton R. Jessup, Jr., Esquire, of the law firm of Greenberg Traurig, LLP, to represent Puma Energy International, B.V., in the above-captioned action.

Dated: December 21, 2010

Donald J. Detweiler (No. 4037)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Tel.: (302) 661-7000
Attorneys for the Debtors

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I, am admitted, practicing, and in good standing as a member of the Bar of the States of Texas and Nebraska and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Clifton R. Jessup, Jr., Esquire
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: December __, 2010

Honorable Kevin Gross
United States Bankruptcy Court Judge

---

[1] The Debtors in these chapter 11 cases (along with the last four digits of each Debtor's federal tax identification number) are: Caribbean Petroleum Corporation (7836), Caribbean Petroleum Refining L.P. (1421), and Gulf Petroleum Refining (Puerto Rico) Corporation (1417). The service address for all Debtors is: P.O. Box 361988, San Juan, Puerto Rico 00936.
DEL 86,353,082v1 12-21-10