# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>Caribbean Petroleum Corp., et. al.<br><br>DEBTORS | CHAPTER 11<br><br>CASE NO. 10-12553 (KG)<br><br>Jointly Administered<br><br>**Re: Dkt. Nos. 322, 366, 401 and 402** |

## NOTICE OF WITHDRAWAL
## [DOCKET NOS. 322, 366, 401 and 402]

PLEASE TAKE NOTICE that the undersigned, local counsel to El Meson de Felipe, Inc., King Oil Corp., A.Y.N Investment, Efraín Soto Jirau, Elvin Visbal, Luis Raúl Coss Rivera, Manuel Goncalves, Secundino Díaz Bou, Cristóbal Peña Rodríguez, Isaac Márquez, Diego Tavárez Santana, Heriberto Vega Rosario, José Esteves, Carlos Lleras, Antonio Santos, Alfredo Guerra, Rafael Guerra, Glenda L. Rodríguez, Ernesto I. Bezares Ocasio, Juan E. Beltrán Rodríguez, Máximo Nuñez Garau, Gilberto Rivera Arriaga, Gilberto Berrios Rivera, HMF Service Station, Inc., José M. Rivera Torres, Félix Santiago Rivera, WBT Enterprises Corp., Sr. Luis Laguna Mimosa, Sr. Luis C. Crespo, Sr. Ricardo Román, CN Enterprises, Corp. and Edwin Vargas, Santa Paula Oil Corp., Gulf Plaza, Inc., Sami Abraham, Inc., Abraham Petroleum, Inc., Miguel Cotto, Alomac Distributions, Inc., Alomac Properties and Realty, Inc., Villa Turabo Service Station, Inc., Hato Gas Service Station, Inc., Expresso Gas Service Station, Inc., MACV, Inc., Macc Gasolineras Turabo, Inc., Santa Paula Oil Corp., Gulf Plaza, Inc., Sami Abraham, Inc., Abraham Petroleum, Inc., Miguel Cotto, Alomac Distributions, Inc., Alomac Properties and Realty, Inc., Villa Turabo Service Station, Inc., Hato Gas Service Station, Inc., Expresso Gas Service Station, Inc., MACV, Inc., Macc Gasolineras Turabo, Inc. (the "Retailers") hereby

{00006705. }

withdraws **with prejudice** the *Motion Requesting Withdrawal of Reference* [D.I. 322], the *Joinder of Santa Paula Oil Corp., Gulf Plaza, Inc., Sami Abraham, Inc., Abraham Petroleum, Inc., Miguel Cotto, Alomac Distributions, Inc., Alomac Properties and Realty, Inc., Villa Turabo Service Station, Inc., Hato Gas Services Stations, Inc., Expresso Gas Service Station, Inc., MACV, Inc., La Sierra Service Station, Inc., Villa del Carmen Service Station, Inc., Macc Gasolineras Turabo, Inc. to (1) Motion Requesting Withdrawal of Reference; (2) Emergency Motion Requesting Stay of Proceedings Related to Docket No. 288 Pursuant to Bankruptcy Rule 5011(c) and/or in Request for Extension of Time to Object; and (3) Respondent's Motion for Determination that Debtors' Request for Conditional Rejection of Certain Franchise Agreements [Docket No. 288] Is a Non-Core Proceeding* [D.I. 366], the *Amended Motion Requesting Withdrawal of Reference* [D.I. 401], and the *Joinder of Santa Paula Oil Corp., Gulf Plaza, Inc., Sami Abraham, Inc., Abraham Petroleum, Inc., Miguel Cotto, Alomac Distributions, Inc., Alomac Properties and Realty, Inc., Villa Turabo Service Station, Inc., Hato Gas Service Station, Inc., Expresso Gas Service Station, Inc., MACV, Inc., Macc Gasolineras Turabo, Inc. to the Amended Motion for Withdrawal* [D.I. 402].

Dated: May 11, 2011
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

/s/ Brian L. Arban
Frederick B. Rosner (DE #3995)
Brian L. Arban (DE #4511)
Scott J. Leonhardt (DE #4885)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: 302-777-1111
arban@teamrosner.com

*Local Counsel to the Retailers*