IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Caribbean Petroleum Corp., et al., | ) | Case No. 10-12553(KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | **Re Dkt Nos. 1365, 1371 & 1469** |

## MEMORANDUM OPINION

The Court issued a Memorandum Opinion on May 24, 2012, (the "Opinion"), (D.I. 1469) addressing the Objection of Intertek USA, Inc., to the Eighth Omnibus (Non-Substantive) Objection of Caribbean Petroleum Liquidation Trustee to Certain Reimbursement and Contribution Claims (the "Objection") (D.I. 1353). The Court sustained the Objection to claims of Intertek but failed to address the Objection directed to the claims of: Repsol Petroleo, S.A., and Repsol YPF Trading y Transporte, S.A. (collectively, "Repsol" and the "Repsol Claims"); and Astra Oil Trading NV, Astra Oil Company, LLC, and AOT Limited (collectively, "Astra" and the "Astra Claims").

The issues involving the Respol Claims and the Astra Claims are virtually identical to the Intertek Claims which the Court disallowed in the Opinion and the Court will not repeat the discussion, which is applicable to the Respol Claims and Astra Claims.

Respol and Astra, like Intertek, are defendants in litigation arising from the Explosion and seek indemnification and/or contribution from Debtors. They argue that the Objection is premature and runs afoul of the Claims Administration Procedure. These are the same arguments which the Court rejected for the reasons contained in the Opinion.

Accordingly, the Respol Claims and the Astra Claims are disallowed. The Trustee will prepare, circulate for comment and submit an appropriate Order, including a provision that the rights afforded by 11 U.S.C. § 502(j) are reserved.

Dated: May 29, 2012

KEVIN GROSS, U.S.B.J.